| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **DARRELL** <br> First name <br><br> **KELLY** <br> Middle name <br><br> **ALLIN** <br> Last name and Suffix (Sr., Jr., II, III) | **KELLY** <br> First name <br><br> **JEAN** <br> Middle name <br><br> **ALLIN** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | KELLY ALLIN | KELLY LEE ALLIN <br> KELLY ALLIN |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4208 | xxx-xx-7192 |

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br><br>**82-4235125**<br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br><br>EINs |
| **5. Where you live** | **3145 COBBLE RIDGE COURT**<br>**Reno, NV 89511**<br>Number, Street, City, State & ZIP Code<br><br>**Washoe**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| Debtor 2 | **KELLY JEAN ALLIN** |

Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**                                                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**                                                      Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ DARRELL KELLY ALLIN | /s/ KELLY JEAN ALLIN |
|---|---|
| **DARRELL KELLY ALLIN** | **KELLY JEAN ALLIN** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **February 3, 2020** | Executed on **February 3, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1 **DARRELL KELLY ALLIN**
Debtor 2 **KELLY JEAN ALLIN** Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Christopher P. Burke, Esq.**
Signature of Attorney for Debtor

Date **February 3, 2020**
MM / DD / YYYY

**Christopher P. Burke, Esq.**
Printed name

**Christopher P. Burke, Esq.**
Firm name

**702 Plumas Street**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone **(775)333-9277**    Email address **attycburke@charter.net**

**004093 NV**
Bar number & State

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

# United States Bankruptcy Court
## District of Nevada

In re: **DARRELL KELLY ALLIN**
**KELLY JEAN ALLIN**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 3, 2020**     **/s/ DARRELL KELLY ALLIN**
                                **DARRELL KELLY ALLIN**
                                Signature of Debtor

Date: **February 3, 2020**     **/s/ KELLY JEAN ALLIN**
                                **KELLY JEAN ALLIN**
                                Signature of Debtor

DARRELL KELLY ALLIN
KELLY JEAN ALLIN
3145 COBBLE RIDGE COURT
Reno, NV 89511

Christopher P. Burke, Esq.
Christopher P. Burke, Esq.
702 Plumas Street
Reno, NV 89509

ALHAMBRA
ATTN: MANAGING AGENT
PO Box 660579
Dallas, TX 75266-0579

ALLIN NOTES
ATTN: MANAGING AGENT
3145 COBBLE RIDGE COURT
Reno, NV 89511

ALLY
ATTN: MANAGING AGENT
P.O. BOX 380902
Minneapolis, MN 55438-0902

ALLY
ATTN: MANAGING AGENT
P.O. BOX 8127
Cockeysville, MD 21030

ALSCO
ATTN: MANAGING AGENT
P.O. BOX 7497
Reno, NV 89510

ALSCO
ATTN: MANAGING AGENT
2535 E. 5TH STREET
Reno, NV 89512

AMERICAN EXPRESS
ATTN: MANAGING AGENT
P.O. BOX 0001
Los Angeles, CA 90096-8000

American Express
Attn: Managing Agent
P.O. Box 981535
El Paso, TX 79998-1535

AR PUBLIC SERVICE COMMISSION
TAX DIVISION: ATTN: MNGNG AGENT
P.O. BOX 8021
Little Rock, AR 72203

ARC HEALTH & WELLNESS
ATTN: MANAGING AGENT
P.O. BOX 2073
Sparks, NV 89432-2073

AXLELINE
ATTN: MANAGING AGENT
860 WATSON WAY
Sparks, NV 89431

BECKWAY/ BWGFV MANAGECO, LLC
ATTN: MANAGING AGENT
450 LEXINGTON AVE.
LEVEL 4
NEW YORK, NY

BHHC
ATTN: MANAGING AGENT
P.O. BOX 77029
Minneapolis, MN 55480-7729

BIG MACHINE PARTS
ATTN: MANAGING AGENT
1009 NE JIB CT., STE. A
Lees Summit, MO 64064

BMW CARD SERVICES
ATTN: MANAGING AGENT
P.O. BOX 660545
Dallas, TX 75266-0545

BMW CARD SERVICES
ATTN: MANAGING AGENT
P.O. BOX 31046
Tampa, FL 33631-3046

BMW Financial Services
Attn: Managing Agent
P.O. Box 3608
Dublin, OH 43016-0306

BMW FINANCIAL SERVICES
ATTN: MANAGING AGENT
P.O. Box 78103
Phoenix, AZ 85062-8103

BMW FINANCIAL SERVICES
ATTN: MANAGING AGENT
5550 BRITTON PARKWAY
Hilliard, OH 43026

BMW FINANCIAL SERVICES
ATTN: MANAGING AGENT
P.O. Box 78066
Phoenix, AZ 85062-8066

CAPITAL ONE
ATTN: MANAGING AGENT
P.O. BOX 60599
City of Industry, CA 91716-0599

CAPITAL ONE
ATTN: MANAGING AGENT
P.O. Box 30285
Salt Lake City, UT 84130

CAPITAL ONE
ATTN: MANAGING AGENT
P.O. BOX 60599
City of Industry, CA 91716

CAPITAL ONE
Attn: Managing Agent
P.O. BOX 54529
Oklahoma City, OK 73154-4529

CAPITAL ONE
ATTN: MANAGING AGENT
P.O. Box 60504
City of Industry, CA 91716-0504

CARRIER TRANSICOLD
ATTN: MANAGING AGENT
P.O. BOX 25415
Salt Lake City, UT 84125-0415

CIMC CAPITAL
ATTN: MANAGING AGENT
P.O. BOX 100706
PASADENA, CA

CITI CARDS
ATTN: MANAGING AGENT
P.O. BOX 78045
Phoenix, AZ 85062-8045

CITI CARDS
ATTN: MANAGING AGENT
P.O. BOX 78019
Phoenix, AZ 85062-8019

CITY OF RENO
ATTN: MANAGING AGENT
P.O. BOX 1900
Reno, NV 89505

CMC TIRES INC.
ATTN: MANAGING AGENT
9 S. WASHINGTON ST., STE. 101
Spokane, WA 99201

COMDATA
ATTN: MANAGING AGENT
P.O. BOX 100647
Atlanta, GA 30384

CREDIT ONE BANK
ATTN: MANAGING AGENT
P.O. BOX 98878
Las Vegas, NV 89193-8878

CREDIT ONE BANK
ATTN: MANAGING AGENT
P.O. BOX 60500
City of Industry, CA 91716-0500

DIEDEL, LLC
ATTN: HERB MORGHEN
1261 SKYLINE BLVD.
Reno, NV 89509

EAGLE WASH
ATTN: MANAGING AGENT
5445 YUKON DRIVE
Sun Valley, NV 89433

ENGS MOTOR TRUCK CO.
ATTN: MANAGING AGENT
1105 KLEPPE LANE
Sparks, NV 89431

ESI HOSTED SERVICES
ATTN: MANAGING AGENT
P.O. BOX 941294
Plano, TX 75094-1294

FAST GLASS
ATTN: MANAGING AGENT
1650 GREG STREET
Sparks, NV 89431

FEDEX
ATTN: MANAGING AGENT
P.O. BOX 7221
Pasadena, CA 91109-7321

FINANCIAL PACIFIC LEASING
ATTN: MANAGING AGENT
3455 S. 344TH WAY, STE. 300
Auburn, WA 98001

FINANCIAL PACIFIC LEASING
ATTN: MANAGING AGENT
P.O. BOX 4568
Federal Way, WA 98063-4568

FLEET ONE
ATTN: MANAGING AGENT
1104 COUNTRY HILLS DR.
6TH FLOOR
Ogden, UT 84403

FLEET PRIDE
ATTN: MANAGING AGENT
P.O. BOX 847118
Dallas, TX 75284-7118

FW FLEET CLEAN LLC
ATTN: MANAGING AGENT
478 N. BABCOCK ST.
Melbourne, FL 32935

GARY PRINCE
ATTN: MANAGING AGENT
6613 PANTHER CREEK DRIVE
Sparks, NV 89436

GREENBURG, GRANT & RICHARDS
ATTN: MANAGING AGENT
5858 WESTHEIMER ROAD
5TH FLOOR
Houston, TX 77057

HEMINGWAY CAPITAL
ATTN: MANAGING AGENT
450 LEXINGTON AVE., 4TH FLR.
New York, NY 10017

HEMINGWAY CAPITAL
BECKWAY INVESTMENT OPERATI
ATTN: MANAGING AGENT
450 LEXINGTON AVE., 4TH FLR.
New York, NY 10017

HOLLEY, DRIGGS, WALSH, FINE,
PUZEY, STEIN, & THOMPSON
ATTN: MANAGING AGENT
800 S. MEADOWS PRKWY. STE. 8
Reno, NV 89521

HUNT & SONS INC.
ATTN: MANAGING AGENT
P.O. BOX  277670
Sacramento, CA 95827-7670

I.R.S.
ATTN: MANAGING AGENT
Ogden, UT 84201

IMPERIAL SUPPLIES
ATTN: MANAGING AGENT
P.O. 23910
Green Bay, WI 54305-3910

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
STOP 5028
110 CITY PARKWAY
Las Vegas, NV 89106

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
P.O. BOX 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
FRESNO IRS CENTER
5045 E. BUTLER AVENUE
Fresno, CA 93888-0021

INTERSTATE BATTERIES
ATTN: MANAGING AGENT
2301 ARROWHEAD DRIVE
Carson City, NV 89706

MIKE PARKER
ATTN: MANAGING AGENT
3168 SOUTH SAND STONE DR.
Hurricane, UT 84737

MORGAN TIRE OF SACRAMENTO
ATTN: MANAGING AGENT
1155 GLENDALE AVE.
Sparks, NV 89431

MYITTEX LLC
ATTN: MANAGING AGENT
21014 CREK RIVER
San Antonio, TX 78259

NAPA AUTO & TRUCK PARTS
ATTN: MANAGING AGENT
P.O. BOX 1560
Sparks, NV 89432

NEVADA DEPT. OF TAXATION
ATTN: MANAGING AGENT
P.O. BOX 7165
San Francisco, CA 94120-7165

NEVADA DEPT. OF TAXATION
BANKRUPTCY DIVISION
555 E. WASHINGTON, #1300
Las Vegas, NV 89101

NEVADA DEPT. OF TAXATION
ATTN: MANAGING AGENT
4600 KIETZKE LANE, BLDG. L
SUITE 235
Reno, NV 89502

NEVADA EMPLOYMENT SECURITY
DIV. CONTRIBUTIONS; ATTN: MNG AGNT
500 EAST THIRD STREET
Carson City, NV 89713-0030

NEVADA LABOR COMMISSION
ATTN: MANAGING AGENT
1818 COLLEGE PKWY STE 102
Carson City, NV 89706

NEVADA TRANSPORT NETWORK
ATTN: MANAGING AGENT
575 S. SALIMAN ROAD
Carson City, NV 89701

NEXTCOM
ATTN: MANAGING AGENT
5757 WEST CENTURY BLVD.
SUITE 675
Los Angeles, CA 90045

O'REILLY
ATTN: MANAGING AGENT
110 LEMMON DRIVE
Reno, NV 89506

OCCUPATIONAL HEALTH CENTERS
OF SW, P.A. - ATTN: MNGNG AGENT
P.O. BOX 9010
Broomfield, CO 80021

OFFICE DEPOT CREDIT CARD
ATTN: MANAGING AGENT
P.O. BOX 78004
PHOENIX, AZ

OMNITRACS LLC
ATTN: MANAGING AGENT
FILE NO. 54210
Los Angeles, CA 90074-4210

OREGON DOT
MOTOR CARRIER DIVISION
ATTN: MANAGING AGENT
3930 FAIRVIEW INDUSTRIAL DR.
Salem, OR 97302-1166

PENSKE TRUCK LEASING
ATTN: MANAGING AGENT
53 MORRISON AVENUE
Sacramento, CA 95838

PENSKE TRUCK LEASING
ATTN: MANAGING AGENT
2555 TELEGRAPH ROAD
Bloomfield Hills, MI 48302

PENSKE TRUCK LEASING
ATTN: MANAGING AGENT
P.O. BOX 7429
Pasadena, CA 91109-7429

PETERBILT
ATTN: MANAGING AGENT
2272 LARKIN CIR.
Sparks, NV 89431

PLUMAS BANK
ATTN: MANAGING AGENT
470 NEVADA ST. #108
Auburn, CA 95603

PLUMAS BANK
ATTN: MANAGING AGENT
5050 MEADOWOOD MALL CIR.
Reno, NV 89502

PLUMAS BANK
SMALL BUSINESS LENDING
ATTN: MANAGING AGENT
470 NEVADA ST., STE. 108
Auburn, CA 95603

PLUMAS BANK
ATTN: MANAGING AGENT
35 S. LINDAN AVENJUE
Quincy, CA 95971

PLUMAS BANK
SMALL BUSINESS LENDING
ATTN: MANAGING AGENT
P.O. BOX 210
Quincy, CA 95971

PREMIER TRAILER LEASING INC
ATTN: MANAGING AGENT
P.O. BOX 206553
Dallas, TX 75320-6553

QUICK BRIDGE FUNDING
ATTN: MANAGING AGENT
410 EXCHANGE, STE. 150
Irvine, CA 92602

RAUSCH STURM
ATTN: MANAGING AGENT
8691 W. SAHARA AVE., STE. 210
Las Vegas, NV 89117

RENOWN
ATTN: MANAGING AGENT
850 HAVARD WAY
Reno, NV 89502

RICHARD JAMES COLLECTIONS
ATTN: MANAGING AGENT

SAFETY-KLEEN SYSTEMS INC.
ATTN: MANAGING AGENT
P.O. BOX 7170
Pasadena, CA 91109-7170

SILVER STATE INTERNATIONAL
ATTN: MANAGING AGENT
2255 LARKIN CIRCLE
Sparks, NV 89431

TRANSPORT SERVICES OF NEVADA
AKA CARRIER TRANSICOLD OF UTAH
ATTN: MANAGING AGENT
5209 WEST 700 SOUTH
Salt Lake City, UT 84104

UTILITY TRAILERS SALES OF ID
ATTN: MANAGING AGENT
P.O. BOX 15357
Boise, ID 83715

SILVER STATE INTERNATIONAL
ATTN: MANAGING AGENT
2255 LARKIN CIR.
Sparks, NV 89431

TRUCK INSURANCE OFFICE
ATTN: MANAGING AGENT
4109 W. EXPO PKWY.
Post Falls, ID 83854

VAN OSDOL PC
ATTN: MANAGING AGENT
1000 WALNUT ST., STE. 1500
Kansas City, MO 64106

STATE OF NEVADA
DEPT. OF EMPLOYMENT
CONTRIBUTIONS SECTION
500 E. 3RD STREET
Carson City, NV 89713

TYRES INTERNATIONAL INC.
ATTN: MANAGING AGENT
1425 HULDA CT.
Sparks, NV 89431

VERIZON WIRELESS
ATTN: MANAGING AGENT
P.O. BOX 25505
Lehigh Valley, PA 18002-5505

SUBARU MOTORS FINANCE
ATTN: MANAGING AGENT
POB 78076
Phoenix, AZ 85062-8076

U.S. TRUSTEE
300 BOOTH ST., STE. 3009
Reno, NV 89509

VERIZON WIRELESS
ATTN: MANAGING AGENT
26935 NORTHWESTERN HWY
SUITE 100
Southfield, MI 48033

SUBARU MOTORS FINANCE C/O CHASE
ATTN: MANAGING AGENT
POB 78101
Phoenix, AZ 85062-8101

UNITED FEDERAL CREDIT UNION
ATTN: MANAGING AGENT
P.O. Box 125
Saint Joseph, MI 49085

WASHOE CO. TREASURER
ATTN: MANAGING AGENT
POB 30039
Reno, NV 89520-3039

SUBARU MOTORS FINANCE C/O CHASE
ATTN: MANAGING AGENT
POB 78232
Phoenix, AZ 85062-8232

UNITED FEDERAL CREDIT UNION
ATTN: MANAGING AGENT
13989 S. VIRGINIA STREET
Reno, NV 89511

WASTE MANAGEMENT
RENO DISPOSAL
ATTN: MANAGING AGENT
P.O. BOX 541065
Los Angeles, CA 90054-1065

TEC EQUIPMENT
ATTN: MANAGING AGENT
P.O. BOX 11272
Portland, OR 97211

UNITED FEDERAL CREDIT UNION
ATTN: MANAGING AGENT
2807 SOUTH STATE STREET
Saint Joseph, MI 49085

WELLS FARGO
ATTN: MANAGING AGENT
P.O. BOX 51193
Los Angeles, CA 90051-5493

TELETRAC NAVMAN US LTD.
ATTN: MANAGING AGENT
32472 COLLECTION CENTER DR.
Chicago, IL 60693-0324

UNITED FEDERAL VISA
ATTN: MANAGING AGENT
13989 S. VIRGINIA ST.
Reno, NV 89511

WELLS FARGO BANK
ATTN: MANAGING AGENT
P.O. Box 10438   MAC F8235-02F
Des Moines, IA 50306-0438

THE HOME DEPOT
ATTN: MANAGING AGENT
POB 79038
Saint Louis, MO 63179-0328

USLI CO.
ATTN: MANAGING AGENT
P.O. BOX 62778
Baltimore, MD 21264-2778

WELLS FARGO BANK
ATTN: MANAGING AGENT
18100 WEDGE PRKWY.
Reno, NV 89511

THE HOME DEPOT
ATTN: MANAGING AGENT
POB 78011
Phoenix, AZ 85062-8011

UTILITY TRAILER SALES
ATTN: MANAGING AGENT
7350 S. EISENMAN ROAD
Boise, ID 83716

WELLS FARGO BANK
ATTN: MANAGING AGENT
MAC Q2132-023
P.O. BOX 94423
Albuquerque, NM 87199-4233

WELLS FARGO CARD SERVICES
ATTN: MANAGING AGENT
P.O. BOX 51193
Los Angeles, CA 90051-5493


WELLS FARGO CARD SERVICES
ATTN: MANAGING AGENT
P.O. BOX 10347
Des Moines, IA 50306-0347


WELLS FARGO VISA
ATTN: MANAGING AGENT
18100 WEDGE PARKWAY
Sparks, NV 89441-1000


WORKERS COMPENSATION
NV TRANSPORTATION NETWORK
ATTN: MANAGING AGENT
575 S. SALIMAN ROAD
Carson City, NV 89701