Christopher P. Burke, Esq.
State Bar No.: 004093
702 Plumas Street
Reno, Nevada 89509
(775)333-9277

Electronically filed: 2/18/20

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                              )
                                    )
DARRELL KELLY ALLIN                 )    BK-20-50138-BTB
KELLY JEAN ALLIN                    )    Chapter 7
                                    )
           Debtor(s)                )    Trustee: Christina W. Lovato

## AMENDMENT COVER SHEET
**Amendment(s) to the following are transmitted herewith.  Check all that apply.**

( )  Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
(X)  Form 2010 - Notice Required by 11 U.S.C. §342(b) for individual filing for bankruptcy
(X)  Official Form 106Sum - Summary of Schedules
(X)  Schedule A - Real Property
(X)  Schedule B - Personal Property
(X)  Schedule C - Property Claimed as Exempt
(X)  Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
     (X) Add/Delete creditor(s), change amount or classification of debt- **$31 fee required**
     ( ) Add/Change address of already listed creditor, add name/address of attorney for already
         listed creditor, amend petition, attach new petition on converted case, supply missing
         document(s)- **no fee**
     * Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of
       already listed creditor
(X)  Schedule G - Schedule of Executory Contracts & Expired Leases
(X)  Schedule H - Codebtors
(X)  Schedule I - Current Income of Individual Debtor(s)
(X)  Schedule J - Current Expenditures of Individual Debtor(s)
(X)  Declaration Concerning Debtor's Schedules - Form106Dec
(X)  Official Form 107 - Statement of Financial Affairs
(X)  Attorney Compensation Disclosure Statement (Form 2030)
(X)  Official Form 122C-1
(X)  Verification of Creditor Matrix
( )  Declaration Re: Electronic Filing

### Declaration of Debtor
**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ Darrell Kelly Allin**                **/s/ Kelly Jean Allin**
**Debtor's signature**                      **Joint Debtor's Signature**


**Date: 2/18/20**                           **Date: 2/18/20**