# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<div style="border:1px solid #000; background:#e0e0e0; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name            Middle Name                    Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name            Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $            1,100,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.............................................................. | $                 43,875.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................................... | $            1,143,875.00 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            1,707,939.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                 59,068.27 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $            1,680,489.71 |
| **Your total liabilities** | $            3,447,496.98 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $                 3,800.00 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $                 9,061.43 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |
|---|---|---|

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**
                                                                    Case number *(if known)*  **20-50138**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                        $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 59,068.27 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 59,068.27 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| **1.1** | | |
| **3145 COBBLE RIDGE COURT** | | |
| Street address, if available, or other description | | |

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | | |
|---|---|---|
| **Reno** | **NV** | **89511-0000** |
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,100,000.00** | **$1,100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

| |
|---|
| **Washoe** |
| County |

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.........................................................................=>

| |
|---|
| **$1,100,000.00** |

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* | **20-50138** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **FIAT** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | **500** | ☐ Debtor 1 only | | |
| | Year: | **2016** | ☐ Debtor 2 only | | |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ■ Check if this is community property (see instructions) | **$8,000.00** | **$8,000.00** |

| 3.2 | Make: | **SUBARU** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | **OUTBACK** | ☐ Debtor 1 only | | |
| | Year: | **2020** | ☐ Debtor 2 only | | |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ■ Check if this is community property (see instructions) | **$24,000.00** | **$24,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>  | **$32,000.00** |

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| MISCELLANEOUS HOUSEHOLD GOODS | $2,000.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* | **20-50138** |

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes.  Describe.....

| MUSICAL INSTRUMENTS ( 10 GUITARS, 1 FLUTE, 2 SAXOPHONES) | $2,000.00 |
|---|---|

| SPORTING EQUIPMENT | $800.00 |
|---|---|

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes.  Describe.....

| 1 PISTOL | $150.00 |
|---|---|

| 1 PISTOL | $150.00 |
|---|---|

| 1 PISTOL | $150.00 |
|---|---|

| 1 PISTOL | $150.00 |
|---|---|

| 1 SHOTGUN | $100.00 |
|---|---|

| 1 RIFLE | $200.00 |
|---|---|

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

| MISCELLANEOUS WEARING APPAREL | $1,000.00 |
|---|---|

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

| WEDDING RINGS AND OTHER JEWELRY | $1,000.00 |
|---|---|

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

■ No
☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number *(if known)* | 20-50138 |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................

$7,700.00

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes................................................................................................................

MISCELLANEOUS CASH ON HAND

$150.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | CHECKING ACCOUNT | WELLS FARGO | $0.00 |
| 17.2. | SAVINGS | WELLS FARGO | $5.00 |
| 17.3. | SAVINGS | WELLS FARGO | $5.00 |
| 17.4. | CHECKING | UNITED FEDERAL CREDIT UNION | $10.00 |
| 17.5. | SAVINGS | UNITED FEDERAL CREDIT UNION | $5.00 |
| 17.6. | CHECKING ACCOUNT | BANK OF AMERICA | $3,500.00 |
| 17.7. | SAVINGS ACCOUNT | BANK OF AMERICA | $0.00 |
| 17.8. | CHECKING ACCOUNT | CHASE BANK | $500.00 |
| 17.9. | SAVINGS ACCOUNT | CHASE BANK | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................

Institution or issuer name:

---

Official Form 106A/B

Schedule A/B: Property

page 4

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**

Case number *(if known)*    **20-50138**

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ☐ No
- ☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **HOT LANE LOGISTICS INC.  (Closed 12/31/19)** | **100%**  % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
- ☑ No
- ☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ☑ No
- ☐ Yes. List each account separately.
    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
- ☑ No
- ☐ Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ☑ No
- ☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☑ No
- ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☑ No
- ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☑ No
- ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☑ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* | **20-50138** |

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **LIFE INSURANCE** | | **Unknown** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes.  Describe each claim.........

| POSSIBLE LAWSUIT FOR CONSUMER PROTECTION OR U.C.C.-9 VIOLATION AGAINST BMW FINANCIAL SERVICES | **Unknown** |
|---|---|

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here.**...................................................................................................................

| **$4,175.00** |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* | **20-50138** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

|  |  | **$0.00** |
|---|---|---|

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ....................................................................................................... | | **$1,100,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$32,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$7,700.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$4,175.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61...** | **$43,875.00** | Copy personal property total ➔ **$43,875.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$1,143,875.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3145 COBBLE RIDGE COURT Reno, NV 89511  Washoe County**<br>Line from *Schedule A/B*: **1.1** | $1,100,000.00 | ■ $605,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050** |
| **2016 FIAT 500**<br>Line from *Schedule A/B*: **3.1** | $8,000.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **2020 SUBARU OUTBACK**<br>Line from *Schedule A/B*: **3.2** | $24,000.00 | ■ $22,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **MISCELLANEOUS HOUSEHOLD GOODS**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **MUSICAL INSTRUMENTS ( 10 GUITARS, 1 FLUTE, 2 SAXOPHONES)**<br>Line from *Schedule A/B*: **9.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number (if known) | **20-50138** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **SPORTING EQUIPMENT**<br>Line from *Schedule A/B*: **9.2** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **1 PISTOL**<br>Line from *Schedule A/B*: **10.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(i)** |
| **1 PISTOL**<br>Line from *Schedule A/B*: **10.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(i)** |
| **1 PISTOL**<br>Line from *Schedule A/B*: **10.3** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **1 PISTOL**<br>Line from *Schedule A/B*: **10.4** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **1 SHOTGUN**<br>Line from *Schedule A/B*: **10.5** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **1 RIFLE**<br>Line from *Schedule A/B*: **10.6** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **MISCELLANEOUS WEARING APPAREL**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **WEDDING RINGS AND OTHER JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **MISCELLANEOUS CASH ON HAND**<br>Line from *Schedule A/B*: **16.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **CHECKING ACCOUNT: BANK OF AMERICA**<br>Line from *Schedule A/B*: **17.6** | $3,500.00 | ■ $2,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number (if known) | **20-50138** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **CHECKING ACCOUNT: BANK OF AMERICA**<br>Line from *Schedule A/B*: **17.6** | **$3,500.00** | ■           **$875.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **CHECKING ACCOUNT: CHASE BANK**<br>Line from *Schedule A/B*: **17.8** | **$500.00** | ■           **$375.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **CHECKING ACCOUNT: CHASE BANK**<br>Line from *Schedule A/B*: **17.8** | **$500.00** | ■           **$125.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **LIFE INSURANCE**<br>Line from *Schedule A/B*: **31.1** | **Unknown** | ■           **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(k)** |
| **POSSIBLE LAWSUIT FOR CONSUMER PROTECTION OR U.C.C.-9 VIOLATION AGAINST BMW FINANCIAL SERVICES**<br>Line from *Schedule A/B*: **34.1** | **Unknown** | ■           **$15,500.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No

■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ■   No

     ☐   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 **ALLY** | Describe the property that secures the claim: | $9,830.00 | $8,000.00 | $1,830.00 |
|---|---|---|---|---|

Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 380902**
**Minneapolis, MN 55438-0902**

Number, Street, City, State & Zip Code

**2016 FIAT 500**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| | | |
|---|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** | Case number *(if known)*   **20-50138** |
| | First Name          Middle Name              Last Name | |
| Debtor 2 | **KELLY JEAN ALLIN** | |
| | First Name          Middle Name              Last Name | |

---

**2.2** | **PLUMAS BANK**

Creditor's Name

**ATTN: MANAGING AGENT**
**470 NEVADA ST.  #108**
**Auburn, CA 95603**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**3145 COBBLE RIDGE COURT Reno, NV 89511  Washoe County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   **7610**

$834,623.00        $1,100,000.00        $567,109.00

---

**2.3** | **SUBARU MOTORS FINANCE C/O CHASE**

Creditor's Name

**ATTN: MANAGING AGENT**
**POB 78101**
**Phoenix, AZ 85062-8101**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**2020 SUBARU OUTBACK**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   _____

$31,000.00        $24,000.00        $7,000.00

---

**2.4** | **UNITED FEDERAL CREDIT UNION**

Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. Box 125**
**Saint Joseph, MI 49085**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**3145 COBBLE RIDGE COURT Reno, NV 89511  Washoe County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   _____

$807,712.00        $1,100,000.00        $0.00

---

Debtor 1  **DARRELL KELLY ALLIN**

First Name      Middle Name      Last Name

Case number (*if known*)    **20-50138**

Debtor 2  **KELLY JEAN ALLIN**

First Name      Middle Name      Last Name

| 2.5 | **UNITED FEDERAL CREDIT UNION** | Describe the property that secures the claim: | $24,774.00 | $1,100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. Box 125**
**Saint Joseph, MI 49085**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3145 COBBLE RIDGE COURT Reno, NV 89511  Washoe County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **HELOC**

Date debt was incurred

Last 4 digits of account number    **1076**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,707,939.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,707,939.00 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code
**ALLY**
**ATTN: MANAGING AGENT**
**P.O. BOX 8127**
**Cockeysville, MD 21030**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number    ___

☐

Name, Number, Street, City, State & Zip Code
**SUBARU MOTORS FINANCE**
**ATTN: MANAGING AGENT**
**POB 78076**
**Phoenix, AZ 85062-8076**

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number    ___

☐

Name, Number, Street, City, State & Zip Code
**SUBARU MOTORS FINANCE C/O CHASE**
**ATTN: MANAGING AGENT**
**POB 78232**
**Phoenix, AZ 85062-8232**

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number    ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-50138** |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number   7192 | **$56,574.38** | **$56,574.38** | **$0.00** |

Priority Creditor's Name
**ATTN: MANAGING AGENT
STOP 5028
110 CITY PARKWAY
Las Vegas, NV 89106**

When was the debt incurred?    2017-2018

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                    **FEDERAL INCOME TAX (PERSONAL)**

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

| 2.2 | **NEVADA DEPT. OF TAXATION** | Last 4 digits of account number | **2001** | **$2,185.17** | **$0.00** | **$2,185.17** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 7165**
**San Francisco, CA 94120-7165**
Number Street City State Zip Code

**When was the debt incurred?**    **2018-2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**TAX FROM BUSINESS**

| 2.3 | **WASHOE CO. TREASURER** | Last 4 digits of account number | | **$308.72** | **$0.00** | **$308.72** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**ATTN: MANAGING AGENT**
**POB 30039**
**Reno, NV 89520-3039**
Number Street City State Zip Code

**When was the debt incurred?**    **2018-2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**BUSINESS TAX DEBT**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.1 | **ALHAMBRA** | Last 4 digits of account number | **8391** | $60.19 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**PO Box 660579**
**Dallas, TX 75266-0579**
Number Street City State Zip Code

When was the debt incurred?    **2018-2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

| 4.2 | **ALLIN NOTES** | Last 4 digits of account number | | $196,000.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**3145 COBBLE RIDGE COURT**
**Reno, NV 89511**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.3 | **ALSCO** | Last 4 digits of account number | | $431.94 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 7497**
**Reno, NV 89510**
Number Street City State Zip Code

When was the debt incurred?    **2018-2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.4 | **AMERICAN EXPRESS** | Last 4 digits of account number | **1007** | $12,627.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

When was the debt incurred?    **2016-2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

---

| 4.5 | **AMERICAN EXPRESS** | Last 4 digits of account number | **2002** | $16,578.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

When was the debt incurred?    **2016-2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

---

| 4.6 | **AR PUBLIC SERVICE COMMISSION** | Last 4 digits of account number | | $97.00 |

Nonpriority Creditor's Name
**TAX DIVISION: ATTN: MNGNG AGENT**
**P.O. BOX 8021**
**Little Rock, AR 72203**
Number Street City State Zip Code

When was the debt incurred?    **2018-2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    DARRELL KELLY ALLIN
Debtor 2    KELLY JEAN ALLIN                                                                Case number (if known)    20-50138

---

| 4.7 | ARC HEALTH & WELLNESS | Last 4 digits of account number | | $78.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
ATTN: MANAGING AGENT
P.O. BOX 2073
Sparks, NV 89432-2073

When was the debt incurred?    2018-2019

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS DEBT

---

| 4.8 | ARROWCREEK C/O: | Last 4 digits of account number | 1616 | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
ASSOCIATION SIERRA NORTH
ATTN: MANAGING AGENT
P.O. BOX 63515
Phoenix, AZ 85082-3515

When was the debt incurred?    2019

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    PRECAUTIONARY LISTING

---

| 4.9 | AXLELINE | Last 4 digits of account number | | $915.14 |
|---|---|---|---|---|

Nonpriority Creditor's Name
ATTN: MANAGING AGENT
860 WATSON WAY
Sparks, NV 89431

When was the debt incurred?    2018-2019

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS DEBT

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**                                    Case number (if known)   **20-50138**

---

| 4.1 0 | **BECKWAY/ BWGFV MANAGECO, LLC** | Last 4 digits of account number _____ | $175,000.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                     When was the debt incurred? _____
**450 LEXINGTON AVE.**
**LEVEL 4**
**NEW YORK, NY**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
■ **Check if this claim is for a community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **UNSECURED LOAN**

---

| 4.1 1 | **BHHC** | Last 4 digits of account number _____ | $23.10 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                     When was the debt incurred?   **2018-2019**
**P.O. BOX 77029**
**Minneapolis, MN 55480-7729**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
■ **Check if this claim is for a community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **BUSINESS DEBT**

---

| 4.1 2 | **BIG MACHINE PARTS** | Last 4 digits of account number   5910 | $1,501.89 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                     When was the debt incurred?   **2018-2019**
**1009 NE JIB CT., STE. A**
**Lees Summit, MO 64064**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
■ **Check if this claim is for a community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **BUSINESS DEBT**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)  **20-50138**

---

| 4.1 3 | **BMW CARD SERVICES** | Last 4 digits of account number | **5882** | $2,581.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 660545**
**Dallas, TX 75266-0545**

**When was the debt incurred?**   **2015-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **CREDIT CARD**

---

| 4.1 4 | **BMW Financial Services** | Last 4 digits of account number | **0140** | $18,874.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**P.O. Box 3608**
**Dublin, OH 43016-0306**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON  VOLUNTARILY SURRENDERED 2017 BMW 320i**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)   **20-50138**

---

**4.1 5**

| | |
|---|---|
| **BMW Financial Services** | Last 4 digits of account number  **1690**  $3,800.00 |

Nonpriority Creditor's Name

**Attn: Managing Agent**
**P.O. Box 3608**
**Dublin, OH 43016-0306**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON VOLUNTARILY SURRENDERED 2018 BMW 310R MOTORCYCLE**

---

**4.1 6**

| | |
|---|---|
| **CAPITAL ONE** | Last 4 digits of account number  **5912**  $13,996.86 |

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 60599**
**City of Industry, CA 91716-0599**

Number Street City State Zip Code

When was the debt incurred?   **2014-2018**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **CREDIT CARD**

---

**4.1 7**

| | |
|---|---|
| **CAPITAL ONE** | Last 4 digits of account number  **2320**  $29,186.00 |

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **CREDIT CARD**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.1 8 | **CAPITAL ONE** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 60599**
**City of Industry, CA 91716**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2231**        **$14,383.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CREDIT CARD**

---

| 4.1 9 | **CARRIER TRANSICOLD** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 25415**
**Salt Lake City, UT 84125-0415**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**        **$1,263.53**

**When was the debt incurred?**    **2018-2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **BUSINESS DEBT**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.2 0 | **CIMC CAPITAL** | **Last 4 digits of account number** | **120D** | **Unknown** |

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 100706**
**PASADENA, CA**

Number Street City State Zip Code

**When was the debt incurred?**    **9/27/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED : 2019 CIMC SEMI-TRAILER REEFER HOT LANE LOGISTICS INC. EQUIPMENT - #500**

---

| 4.2 1 | **CIMC CAPITAL** | **Last 4 digits of account number** | **121D** | **Unknown** |

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 100706**
**PASADENA, CA**

Number Street City State Zip Code

**When was the debt incurred?**    **9/27/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED : 2019 CIMC SEMI-TRAILER REEFER HOT LANE LOGISTICS, INC. EQUIPMENT - #501**

---

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                          Case number (if known)    **20-50138**

---

**4.2 2**

**CIMC CAPITAL**

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 100706**
**PASADENA, CA**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **119D**                              **Unknown**

When was the debt incurred?    **10/23/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED : 2019 CIMC SEMI-TRAILER REEFER**
**HOT LANE LOGISTICS, INC. EQUIPMENT - #502**

---

**4.2 3**

**CIMC CAPITAL**

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 100706**
**PASADENA, CA**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **9262**                              **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED : 2019 CIMC SEMI-TRAILER REEFER**
**HOT LANE LOGISTICS, INC. EQUIPMENT - #503**

---

Debtor 1  **DARRELL KELLY ALLIN**

Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)  **20-50138**

---

| 4.2 4 | **CITI CARDS** | Last 4 digits of account number | **2186** | $25,493.60 |

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 78045**
**Phoenix, AZ 85062-8045**

When was the debt incurred?    **2014-2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **CREDIT CARD**

---

| 4.2 5 | **CITY OF RENO** | Last 4 digits of account number | | $192.00 |

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 1900**
**Reno, NV 89505**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **BUSINESS DEBT**

---

| 4.2 6 | **CMC TIRES INC.** | Last 4 digits of account number | | $840.00 |

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**9 S. WASHINGTON ST., STE. 101**
**Spokane, WA 99201**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **BUSINESS DEBT**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                                      Case number (if known)    **20-50138**

| | | |
|---|---|---|
| 4.2 7 | **COMDATA** | Last 4 digits of account number _____ $1,473.05 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 100647**
**Atlanta, GA 30384**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **BUSINESS DEBT**

---

| | | |
|---|---|---|
| 4.2 8 | **COMDATA** | Last 4 digits of account number _____ $730.17 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 100647**
**Atlanta, GA 30384**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **BUSINESS DEBT**

---

| | | |
|---|---|---|
| 4.2 9 | **CREDIT ONE BANK** | Last 4 digits of account number **7070** $626.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 98878**
**Las Vegas, NV 89193-8878**

When was the debt incurred?    **2016-2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **CREDIT CARD**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**

Case number (if known)   **20-50138**

---

| 4.30 | **DIEDEL, LLC** | Last 4 digits of account number | | | $73,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: HERB MORGHEN**
**1261 SKYLINE BLVD.**
**Reno, NV 89509**

When was the debt incurred?   **2018-2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS RENT/ LEASE**

---

| 4.31 | **EAGLE WASH** | Last 4 digits of account number | | | $725.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5445 YUKON DRIVE**
**Sun Valley, NV 89433**

When was the debt incurred?   **2018-2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

| 4.32 | **ENGS MOTOR TRUCK CO.** | Last 4 digits of account number | | | $5,256.37 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**1105 KLEPPE LANE**
**Sparks, NV 89431**

When was the debt incurred?   **2018-2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number (if known) | **20-50138** |

---

| 4.3 3 | **ESI HOSTED SERVICES** | Last 4 digits of account number | | $1,502.81 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 941294**
**Plano, TX 75094-1294**

When was the debt incurred?　**2018-2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify　**BUSINESS DEBT**

☐ Yes

---

| 4.3 4 | **FAST GLASS** | Last 4 digits of account number | | $530.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**1650 GREG STREET**
**Sparks, NV 89431**

When was the debt incurred?　**2018-2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify　**BUSINESS DEBT**

☐ Yes

---

| 4.3 5 | **FEDEX** | Last 4 digits of account number | 8693 | $22.15 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**P.O. BOX 7221**
**Pasadena, CA 91109-7321**

When was the debt incurred?　**2018-2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify　**BUSINESS DEBT**

☐ Yes

---

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number (if known) | 20-50138 |

---

| 4.3 6 | **FINANCIAL PACIFIC LEASING** | Last 4 digits of account number | **6301** | **$15,000.00** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**3455 S. 344TH WAY, STE. 300**
**Auburn, WA 98001**
Number Street City State Zip Code

When was the debt incurred?    **4/13/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**DEFICIENCY ON RETURNED : 2013 PETERBILT TRUCK-TRACTOR**
■ Other. Specify    **HOT LANE LOGISTICS, INC. EQUIPMENT - #80**

---

| 4.3 7 | **FLEET ONE** | Last 4 digits of account number | | **$9,823.85** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**1104 COUNTRY HILLS DR.**
**6TH FLOOR**
**Ogden, UT 84403**
Number Street City State Zip Code

When was the debt incurred?    **2018-2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **BUSINESS DEBT**

---

Debtor 1   DARRELL KELLY ALLIN
Debtor 2   KELLY JEAN ALLIN                                                 Case number (if known)    20-50138

---

| 4.3 8 | **FLEET PRIDE** | Last 4 digits of account number _____ | $1,316.26 |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 847118**
**Dallas, TX 75284-7118**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   2018-2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

| 4.3 9 | **FW FLEET CLEAN LLC** | Last 4 digits of account number _____ | $2,958.52 |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**478 N. BABCOCK ST.**
**Melbourne, FL 32935**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   2018-2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

| 4.4 0 | **GARY PRINCE** | Last 4 digits of account number _____ | $10,258.70 |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**6613 PANTHER CREEK DRIVE**
**Sparks, NV 89436**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **DEFICIENCY ON RETURNED: 083- TRUCK**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.4 1 | **HEMINGWAY CAPITAL** | Last 4 digits of account number | | $175,000.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**450 LEXINGTON AVE., 4TH FLR.**
**New York, NY 10017**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **LOAN**

---

| 4.4 2 | **HUNT & SONS INC.** | Last 4 digits of account number | | $1,560.29 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX  277670**
**Sacramento, CA 95827-7670**
Number Street City State Zip Code

When was the debt incurred?  **2018-2019**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **BUSINESS DEBT**

---

| 4.4 3 | **IMPERIAL SUPPLIES** | Last 4 digits of account number | | $327.57 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. 23910**
**Green Bay, WI 54305-3910**
Number Street City State Zip Code

When was the debt incurred?  **2018-2019**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **BUSINESS DEBT**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**

Case number (if known)   **20-50138**

---

| 4.4 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | $871.29 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**STOP 5028**
**110 CITY PARKWAY**
**Las Vegas, NV 89106**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **BUSINESS DEBT**

---

| 4.4 | **INTERSTATE BATTERIES** | Last 4 digits of account number | | $984.83 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**2301 ARROWHEAD DRIVE**
**Carson City, NV 89706**

When was the debt incurred?   **2018-2019**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **BATTERIES FOR BUSINESS**

---

| 4.4 | **LABORATORY CORP. OF AMERICA** | Last 4 digits of account number | 1627 | $62.45 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. Box 2240**
**Burlington, NC 27216-2240**

When was the debt incurred?   **2019**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **MEDICAL**

---

Debtor 1    DARRELL KELLY ALLIN
Debtor 2    KELLY JEAN ALLIN                                     Case number (if known)    20-50138

| 4.4 7 | MIKE PARKER | | Last 4 digits of account number | | $121,772.87 |

**MIKE PARKER**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**3168 SOUTH SAND STONE DR.**
**Hurricane, UT 84737**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **PERSONAL GUARANTEE**

---

| 4.4 8 | MORGAN TIRE OF SACRAMENTO | | Last 4 digits of account number | | $9,276.24 |

**MORGAN TIRE OF SACRAMENTO**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**1155 GLENDALE AVE.**
**Sparks, NV 89431**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2018-2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

| 4.4 9 | MULTISERVICE | | Last 4 digits of account number | 3608 | $26,224.43 |

**MULTISERVICE**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**8650 COLLEGE BLVD.**
**Overland Park, KS 66210**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3608**

When was the debt incurred?    **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**                                        Case number (if known)    **20-50138**

---

| 4.5 0 | **MYITTEX LLC** | | | | Last 4 digits of account number | | | | $1,591.12 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**21014 CREK RIVER**
**San Antonio, TX 78259**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

| 4.5 1 | **NAPA AUTO & TRUCK PARTS** | | | | Last 4 digits of account number | | | | $2,185.45 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 1560**
**Sparks, NV 89432**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

| 4.5 2 | **NEVADA EMPLOYMENT SECURITY** | | | | Last 4 digits of account number | **0790** | | | $12,165.61 |

Nonpriority Creditor's Name
**DIV. CONTRIBUTIONS; ATTN: MNG AGNT**
**500 EAST THIRD STREET**
**Carson City, NV 89713-0030**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **TAX FROM BUSINESS**

---

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number (if known) | 20-50138 |

---

**4.5 3**

**NEVADA TRANSPORT NETWORK**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**575 S. SALIMAN ROAD**
**Carson City, NV 89701**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $10,843.03

When was the debt incurred?    **2018-2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

**4.5 4**

**NEXTCOM**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5757 WEST CENTURY BLVD.**
**SUITE 675**
**Los Angeles, CA 90045**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $1,739.64

When was the debt incurred?    **2018-2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

**4.5 5**

**O'REILLY**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**110 LEMMON DRIVE**
**Reno, NV 89506**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $1,470.97

When was the debt incurred?    **2018-2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

Debtor 1    DARRELL KELLY ALLIN
Debtor 2    KELLY JEAN ALLIN                                    Case number (if known)    20-50138

| 4.5 6 | OCCUPATIONAL HEALTH CENTERS | Last 4 digits of account number _____ | $72.50 |

**OCCUPATIONAL HEALTH CENTERS**

Nonpriority Creditor's Name
OF SW,  P.A.  - ATTN: MNGNG AGENT
P.O. BOX 9010
Broomfield, CO 80021

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    2018-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

$72.50

---

| 4.5 7 |

**OFFICE DEPOT CREDIT CARD**

Nonpriority Creditor's Name
ATTN: MANAGING AGENT
P.O. BOX 78004
PHOENIX, AZ

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    4560

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

$1,548.33

---

| 4.5 8 |

**OMNITRACS LLC**

Nonpriority Creditor's Name
ATTN: MANAGING AGENT
FILE NO. 54210
Los Angeles, CA 90074-4210

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    2018-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

$53.35

---

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.5 9 | **OREGON DOT** | **Last 4 digits of account number** | | **$2,944.43** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**MOTOR CARRIER DIVISION**
**ATTN: MANAGING AGENT**
**3930 FAIRVIEW INDUSTRIAL DR.**
**Salem, OR 97302-1166**

**When was the debt incurred?**    **2018-2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **BUSINESS DEBT**

---

| 4.6 0 | **PENSKE TRUCK LEASING** | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**53 MORRISON AVENUE**
**Sacramento, CA 95838**

**When was the debt incurred?**    **10/25/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED: 2019 FREIGHTLINER CASCADIA 126 HOT LANE LOGISTICS INC. - #123487(87) - LEASE**

---

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                            Case number (if known)    **20-50138**

| 4.6 1 | **PENSKE TRUCK LEASING** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**53 MORRISON AVENUE**
**Sacramento, CA 95838**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED : 2019 FREIGHTLINER CASCADIA 126 HOT LANE LOGISTICS, INC. - #123488(88)  - LEASE**

---

| 4.6 2 | **PETERBILT** | **Last 4 digits of account number** _____ | **$10,886.10** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**2272 LARKIN CIR.**
**Sparks, NV 89431**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2018-2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **BUSINESS DEBT**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                              Case number (if known)   **20-50138**

---

**4.6 3**   **PLUMAS BANK**                                   Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                                     When was the debt incurred?    **2019**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                              ☐ Contingent

☐ Debtor 2 only                                              ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                                 ☐ Disputed

☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**                ☐ Student loans
**debt**
                                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                             report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                             **DEFICIENCY ON RETURNED:  2008 UTILITY**
                                                             **SEMI TRAILER REEFER - HOT LANE**
☐ Yes                                                        ■ Other. Specify  **LOGISTICS INC. EQUIPMENT - #125**

---

**4.6 4**   **PLUMAS BANK**                                   Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                                     When was the debt incurred?
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                              ☐ Contingent

☐ Debtor 2 only                                              ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                                 ☐ Disputed

☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**                ☐ Student loans
**debt**
                                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                             report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                             **DEFICIENCY ON RETURNED: 2011 GREAT**
                                                             **DANE SEMI-TRAILER REEFER - HOT LANE**
☐ Yes                                                        ■ Other. Specify  **LOGISTICS INC. EQUIPMENT - #325**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                                          Case number (if known)   **20-50138**

| 4.6<br>5 | **PLUMAS BANK** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON RETURNED:  2007 UTILITY SEMI-TRAILER REEFER -HOT LANE LOGISTICS, INC. EQUIPMENT - #580**

---

| 4.6<br>6 | **PLUMAS BANK** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON RETURNED:  2009 UTILITY SEMI-TRAILER REEFER - HOT LANE LOGISTICS, INC. EQUIPMENT - #680**

---

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                        Case number (if known)    **20-50138**

---

| 4.6 7 | **PLUMAS BANK** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT
5050 MEADOWOOD MALL CIR.
Reno, NV 89502**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED:  2009 UTILITY SEMI TRAILER REEFER - HOT LANE LOGISTICS, INC. EQUIPMENT - #681**

---

| 4.6 8 | **PLUMAS BANK** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT
5050 MEADOWOOD MALL CIR.
Reno, NV 89502**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED:  2009 UTILITY SEMI-TRAILER REEFER -HOT LANE LOGISTICS, INC. EQUIPMENT - #682**

---

Debtor 1    DARRELL KELLY ALLIN
Debtor 2    KELLY JEAN ALLIN                                                    Case number (if known)    20-50138

---

| 4.6<br>9 | PLUMAS BANK | | Last 4 digits of account number | | | Unknown |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT
5050 MEADOWOOD MALL CIR.
Reno, NV 89502**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**■ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON RETURNED: - 2007 UTILITY SEMI-TRAILER REEFER-HOT LANE LOGISTICS, INC. EQUIPMENT - #1753**

---

| 4.7<br>0 | PLUMAS BANK | | Last 4 digits of account number | | | Unknown |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT
5050 MEADOWOOD MALL CIR.
Reno, NV 89502**
Number Street City State Zip Code

When was the debt incurred?   **11/08/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**■ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON RETURNED:  -2010 UTILITY SEMI-TRAILER REEFER -HOT LANE LOGISTICS, INC. EQUIPMENT - #2049**

---

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                    Case number (if known)    **20-50138**

---

**4.7 1**

**PLUMAS BANK**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **11/08/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED: : 2010 UTILITY SEMI-TRAILER REEFER - HOT LANE LOGISTICS, INC. EQUIPMENT - #2059**

---

**4.7 2**

**PLUMAS BANK**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2/18/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED:  2012 UTILITY SEMI-TRAILER REEFER -HOT LANE LOGISTICS, INC. EQUIPMENT - #2447**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                                Case number (if known)   **20-50138**

| 4.7 3 | **PLUMAS BANK** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**

**When was the debt incurred?**    **2/18/14**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED:  2012 UTILITY SEMI-TRAILER REEFER - HOT LANE LOGISTICS, INC. EQUIPMENT #2453**

---

| 4.7 4 | **PLUMAS BANK** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED: :2005 UTILITY SEMI-TRAILER REEFER - HOT LANE LOGISTICS, INC. EQUIPMENT - #R2D2**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                                                Case number (if known)    **20-50138**

---

| 4.7 5 | **PLUMAS BANK** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**SMALL BUSINESS LENDING**
**ATTN: MANAGING AGENT**
**470 NEVADA ST., STE. 108**
**Auburn, CA 95603**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?**    **9/05/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **DEFICIENCY ON RETURNED: : 1996 GMC TRUCK SIERRA C35 -HOT LANE LOGISTICS, INC. EQUIPMENT - #060 MAINT**

---

| 4.7 6 | **PLUMAS BANK** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **DEFICIENCY ON RETURNED:  2011 PETERBILT TRUCK-TRACTOR - HOT LANE LOGISTICS, INC. EQUIPMENT -#73**

---

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.7 7 | **PLUMAS BANK** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **DEFICIENCY ON RETURNED: : 2012 PETERBILT TRUCK-TRACTOR -HOT LANE LOGISTICS, INC. EQUIPMENT - #74**

---

| 4.7 8 | **PLUMAS BANK** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **8/20/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **DEFICIENCY ON RETURNED: : 2014 PETERBILT TRUCK-TRACTOR 579 -HOT LANE LOGISTICS, INC. EQUIPMENT - #75**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                              Case number (*if known*)   **20-50138**

---

| 4.7 9 | **PLUMAS BANK** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**

**When was the debt incurred?**   **8/20/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON RETURNED: : 2014 PETERBILT TRUCK-TRACTOR 579 - HOT LANE LOGISTICS, INC. EQUIPMENT - #76**

☐ Yes

---

| 4.8 0 | **PLUMAS BANK** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**

**When was the debt incurred?**   **8/20/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DEFICIENCY ON RETURNED: : 2014 PETERBILT TRUCK-TRACTOR 579 -HOT LANE LOGISTICS, INC. EQUIPMENT - #77**

☐ Yes

---

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number (if known) | 20-50138 |

---

| 4.8 1 | PLUMAS BANK | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    3/31/14

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED: : 2015 PETERBILT TRUCK-TRACTOR - HOT LANE LOGISTICS, INC. EQUIPMENT - #78**

---

| 4.8 2 | PLUMAS BANK | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    4/17/14

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DEFICIENCY ON RETURNED: : 2014 PETERBILT TRUCK-TRACTOR -HOT LANE LOGISTICS, INC. EQUIPMENT - #79**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.8 3 | | | |
|---|---|---|---|

**PLUMAS BANK**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**5050 MEADOWOOD MALL CIR.**
**Reno, NV 89502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number    2446**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **DEFICIENCY ON RETURNED: : 2003 UTILITY REEFER**

---

| 4.8 4 | | | |
|---|---|---|---|

**PREMIER TRAILER LEASING INC.**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 206553**
**Dallas, TX 75320-6553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**          **$10,445.10**

**When was the debt incurred?    12/21/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**DEFICIENCY ON SURRENDERED 2019 PREMIER SEMI-TRAILER REEFER HOT LANE LOGISTICS, INC. EQUIPMENT -**
■ Other. Specify    **# 5190159 (159) - LEASE**

---

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                    Case number (if known)    **20-50138**

| 4.8 5 | **PREMIER TRAILER LEASING INC.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 206553**
**Dallas, TX 75320-6553**

When was the debt incurred?    **12/21/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a community    ☐ Student loans
debt
☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

**DEFICIENCY ON RETURNED : 2019**
**PREMIER SEMI-TRAILER REEFER**
**HOT LANE LOGISTICS, INC. EQUIPMENT-**
☐ Yes    ■ Other. Specify    **5190196 (196) - LEASE**

| 4.8 6 | **QUICK BRIDGE FUNDING** | Last 4 digits of account number | **$7,945.00** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**410 EXCHANGE, STE. 150**
**Irvine, CA 92602**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

■ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

■ Check if this claim is for a community    **Type of NONPRIORITY unsecured claim:**
debt
☐ Student loans
Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not
■ No    report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **PERSONAL GUARANTEE**

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                                              Case number *(if known)*   **20-50138**

---

| 4.8 7 | **RENOWN** | **Last 4 digits of account number** | | **$60.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**850 HAVARD WAY**
**Reno, NV 89502**

**When was the debt incurred?**   **2018-2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

| 4.8 8 | **SAFETY-KLEEN SYSTEMS INC.** | **Last 4 digits of account number** | | **$2,780.39** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 7170**
**Pasadena, CA 91109-7170**

**When was the debt incurred?**   **2018-2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

| 4.8 9 | **SIERRA LUTHERAN HIGH SCHOOL** | **Last 4 digits of account number** | **ALL ACCTS** | **$317.77** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN; MANAGING AGENT**
**3601 ROMANS ROAD**
**Carson City, NV 89705**

**When was the debt incurred?**   **2018-2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TUITION**

---

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number (if known) | 20-50138 |

---

**4.9 0**

**SILVER STATE INTERNATIONAL**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**2255 LARKIN CIRCLE**
**Sparks, NV 89431**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          $3,211.19

When was the debt incurred?    **2018-2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

**4.9 1**

**TEC EQUIPMENT**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 11272**
**Portland, OR 97211**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          $16,762.92

When was the debt incurred?    **2018-2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

**4.9 2**

**TELETRAC NAVMAN US LTD.**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**32472 COLLECTION CENTER DR.**
**Chicago, IL 60693-0324**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **3020**          $18,338.38

When was the debt incurred?    **2018-2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT**

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**

Case number (if known)   **20-50138**

---

| 4.9 3 | **THE HOME DEPOT** | Last 4 digits of account number | **8564** | **$293.00** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**POB 79038**
**Saint Louis, MO 63179-0328**

When was the debt incurred?   **2016-2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **CREDIT CARD**

---

| 4.9 4 | **TRANSPORT SERVICES OF NEVADA** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**AKA CARRIER TRANSICOLD OF UTAH**
**ATTN: MANAGING AGENT**
**5209 WEST 700 SOUTH**
**Salt Lake City, UT 84104**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **COLLECTION**

---

| 4.9 5 | **TRUCK INSURANCE OFFICE** | Last 4 digits of account number | | **$18,224.00** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**4109 W. EXPO PKWY.**
**Post Falls, ID 83854**

When was the debt incurred?   **2018-2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **BUSINESS DEBT**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    DARRELL KELLY ALLIN
Debtor 2    KELLY JEAN ALLIN
                                                                          Case number (if known)    20-50138

| 4.96 | TYRES INTERNATIONAL INC. | Last 4 digits of account number | | $1,130.95 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**1425 HULDA CT.**
**Sparks, NV 89431**
Number Street City State Zip Code

When was the debt incurred?    **2018-2019**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

| 4.97 | UNITED FEDERAL CREDIT UNION | Last 4 digits of account number | 8866 | $184,854.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **ACCOUNTS RECEIVABLE**

---

| 4.98 | UNITED FEDERAL CREDIT UNION | Last 4 digits of account number | 4314 | $108,922.00 |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **ACCOUNTS RECEIVABLE**

---

Debtor 1   DARRELL KELLY ALLIN
Debtor 2   KELLY JEAN ALLIN                                    Case number (if known)    20-50138

---

**4.99**

**UNITED FEDERAL CREDIT UNION**                Last 4 digits of account number    8854                    Unknown

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                       **When was the debt incurred?**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**

Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify    **DEFICIENCY ON RETURNED:**
                                                                    **PERSONAL GUARANTEE - 081- TRUCK**

---

**4.100**

**UNITED FEDERAL CREDIT UNION**                Last 4 digits of account number    8853                    Unknown

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                       **When was the debt incurred?**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**

Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify    **DEFICIENCY ON RETURNED:**
                                                                    **PERSONAL GUARANTEE - 082 -  TRUCK**

---

**4.101**

**UNITED FEDERAL CREDIT UNION**                Last 4 digits of account number    4314                    Unknown

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**                       **When was the debt incurred?**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**

Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify    **DEFICIENCY ON RETURNED:**
                                                                    **PERSONAL GUARANTEE - 083  TRUCK**

---

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number (if known) | 20-50138 |

---

**4.1 02**

**UNITED FEDERAL CREDIT UNION**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | 8854 | | $20,920.10 |
|---|---|---|---|

**When was the debt incurred?**    5/25/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**DEFICIENCY ON RETURNED:**
**2012 PETERBILT TRUCK-**
**1XPHDP9X6CD133289**
**TRACTOR 386 HOT LANE LOGISTICS, INC.**
■ Other. Specify **EQUIPMENT - #81**

---

**4.1 03**

**UNITED FEDERAL CREDIT UNION**
Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | 8853 | | $33,457.87 |
|---|---|---|---|

**When was the debt incurred?**    5/25/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**DEFICIENCY ON RETURNED: 2014**
**PETERBILT TRUCK-TRACTOR 579**
**HOT LANE LOGISTICS, INC. EQUIPMENT -**
**#82**
■ Other. Specify **(1XPBD49X9ED235676)**

---

Debtor 1    **DARRELL KELLY ALLIN**

Debtor 2    **KELLY JEAN ALLIN**

Case number (if known)    **20-50138**

---

| 4.1 04 | | |
|---|---|---|

**UNITED FEDERAL CREDIT UNION**

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **10/22/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**DEFICIENCY ON RETURNED : 2013 INTERNATIONAL TRUCK-TRACTOR PROSTAR**
**HOT LANE LOGISTICS, INC. EQUIPMENT - #84**

■ Other. Specify

---

| 4.1 05 | | |
|---|---|---|

**UNITED FEDERAL CREDIT UNION**

Nonpriority Creditor's Name

**ATTN: MANAGING AGENT**
**13989 S. VIRGINIA STREET**
**Reno, NV 89511**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **4314**    **$76,799.14**

When was the debt incurred?    **10/22/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**DEFICIENCY ON RETURNED:**
**2014 INTERNATIONAL 3HSDJAPR1EN491287**
**2014 INTERNATIONAL 3HSDJAPR2EN491315**
**2009 INTERNATIONAL 2HSCUAPR59C106890**

■ Other. Specify

---

Debtor 1    DARRELL KELLY ALLIN
Debtor 2    KELLY JEAN ALLIN

Case number (if known)    20-50138

---

| 4.1 06 | | | |
|---|---|---|---|

**UNITED FEDERAL VISA**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**13989 S. VIRGINIA ST.**
**Reno, NV 89511**
Number Street City State Zip Code

Last 4 digits of account number    **4079**    $17,311.37

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **PERSONAL GUARANTEE**

---

| 4.1 07 | | | |
|---|---|---|---|

**USLI CO.**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 62778**
**Baltimore, MD 21264-2778**
Number Street City State Zip Code

Last 4 digits of account number _____    $114.00

When was the debt incurred?    **2018-2019**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **BUSINESS DEBT**

---

| 4.1 08 | | | |
|---|---|---|---|

**UTILITY TRAILER SALES**

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**7350 S. EISENMAN ROAD**
**Boise, ID 83716**
Number Street City State Zip Code

Last 4 digits of account number    **ALL ACCTS.**    $419.54

When was the debt incurred?    **2018-2019**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **BUSINESS DEBT**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**                                                  Case number (if known)    **20-50138**

---

| 4.1 09 | **VERIZON WIRELESS** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 25505**
**Lehigh Valley, PA 18002-5505**
Number Street City State Zip Code

Last 4 digits of account number _____          **$313.21**

When was the debt incurred?    **2018-2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

| 4.1 10 | **WASTE MANAGEMENT** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**RENO DISPOSAL**
**ATTN: MANAGING AGENT**
**P.O. BOX 541065**
**Los Angeles, CA 90054-1065**
Number Street City State Zip Code

Last 4 digits of account number _____          **$322.64**

When was the debt incurred?    **2018-2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

| 4.1 11 | **WELLS FARGO** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 51193**
**Los Angeles, CA 90051-5493**
Number Street City State Zip Code

Last 4 digits of account number    **0121**          **$19,663.41**

When was the debt incurred?    _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT LINE**

---

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)  **20-50138**

| 4.1 12 | **WELLS FARGO BANK** | Last 4 digits of account number | **5980** | **$59,070.00** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. Box 10438  MAC F8235-02F**
**Des Moines, IA 50306-0438**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **PERSONAL GUARANTEE**

| 4.1 13 | **WELLS FARGO CARD SERVICES** | Last 4 digits of account number | **9140** | **$19,361.00** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**P.O. BOX 51193**
**Los Angeles, CA 90051-5493**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

| 4.1 14 | **WELLS FARGO VISA** | Last 4 digits of account number | **2740** | **$29,884.00** |

Nonpriority Creditor's Name
**ATTN: MANAGING AGENT**
**18100 WEDGE PARKWAY**
**Sparks, NV 89441-1000**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **PERSONAL GUARANTEE**

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)  **20-50138**

| 4.1 15 | **WORKERS COMPENSATION** | Last 4 digits of account number **1801** | **$10,843.10** |
|---|---|---|---|

Nonpriority Creditor's Name
**NV TRANSPORTATION NETWORK**
**ATTN: MANAGING AGENT**
**575 S. SALIMAN ROAD**
**Carson City, NV 89701**
Number Street City State Zip Code

When was the debt incurred? **2018-2019**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **BUSINESS DEBT**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ALSCO**
**ATTN: MANAGING AGENT**
**2535 E. 5TH STREET**
**Reno, NV 89512**
Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**American Express**
**Attn: Managing Agent**
**P.O. Box 981535**
**El Paso, TX 79998-1535**
Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**AMERICAN EXPRESS**
**ATTN: MANAGING AGENT**
**P.O. Box 981535**
**El Paso, TX 79998-1535**
Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**BMW CARD SERVICES**
**ATTN: MANAGING AGENT**
**P.O. BOX 31046**
**Tampa, FL 33631-3046**
Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**BMW FINANCIAL SERVICES**
**ATTN: MANAGING AGENT**
**P.O. Box 78103**
**Phoenix, AZ 85062-8103**
Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**BMW FINANCIAL SERVICES**
**ATTN: MANAGING AGENT**
**5550 BRITTON PARKWAY**
**Hilliard, OH 43026**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                                    Case number (if known)    **20-50138**

| | |
|---|---|
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BMW FINANCIAL SERVICES**<br>**ATTN: MANAGING AGENT**<br>**P.O. Box 78066**<br>**Phoenix, AZ 85062-8066** | Line **4.15** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **CAPITAL ONE**<br>Attn: Managing Agent<br>**P.O. BOX 54529**<br>**Oklahoma City, OK 73154-4529** | Line **4.16** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **CAPITAL ONE**<br>**ATTN: MANAGING AGENT**<br>**P.O. Box 60504**<br>**City of Industry, CA 91716-0504** | Line **4.17** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **CITI CARDS**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 78019**<br>**Phoenix, AZ 85062-8019** | Line **4.24** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **CREDIT ONE BANK**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 60500**<br>**City of Industry, CA 91716-0500** | Line **4.29** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **FINANCIAL PACIFIC LEASING**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 4568**<br>**Federal Way, WA 98063-4568** | Line **4.36** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **GC SERVICES**<br>**ATTN: MANAGING AGENT**<br>**POB 3026**<br>**6330 GULFTON**<br>**Houston, TX 77253** | Line **4.24** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **GREENBURG, GRANT & RICHARDS**<br>**ATTN: MANAGING AGENT**<br>**5858 WESTHEIMER ROAD**<br>**5TH FLOOR**<br>**Houston, TX 77057** | Line **4.37** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **HEMINGWAY CAPITAL**<br>**BECKWAY INVESTMENT**<br>**OPERATION**<br>**ATTN: MANAGING AGENT**<br>**450 LEXINGTON AVE., 4TH FLR.**<br>**New York, NY 10017** | Line **4.10** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (if known)  **20-50138**

---

Name and Address
**HOLLEY, DRIGGS, WALSH, FINE,
PUZEY, STEIN, & THOMPSON
ATTN: MANAGING AGENT
800 S. MEADOWS PRKWY. STE. 800
Reno, NV 89521**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.102** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**HOLLEY, DRIGGS, WALSH, FINE,
PUZEY, STEIN, & THOMPSON
ATTN: MANAGING AGENT
800 S. MEADOWS PRKWY. STE. 800
Reno, NV 89521**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.103** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**HOLLEY, DRIGGS, WALSH, FINE,
PUZEY, STEIN, & THOMPSON
ATTN: MANAGING AGENT
800 S. MEADOWS PRKWY. STE. 800
Reno, NV 89521**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.105** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**I.R.S.
ATTN: MANAGING AGENT
Ogden, UT 84201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
P.O. BOX 7346
Philadelphia, PA 19101-7346**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LABORATORY CORP. OF AMERICA
ATTN: MANAGING AGENT
P.O. BOX 2270
Burlington, NC 27216**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**NEVADA DEPT. OF TAXATION
ATTN: MANAGING AGENT
4600 KIETZKE LANE, BLDG. L
SUITE 235
Reno, NV 89502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**PENSKE TRUCK LEASING
ATTN: MANAGING AGENT
2555 TELEGRAPH ROAD
Bloomfield Hills, MI 48302**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**PENSKE TRUCK LEASING
ATTN: MANAGING AGENT
P.O. BOX 7429
Pasadena, CA 91109-7429**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**PLUMAS BANK**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.63** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                                    Case number (if known)   **20-50138**

| | |
|---|---|
| **SMALL BUSINESS LENDING**<br>**ATTN: MANAGING AGENT**<br>**470 NEVADA ST., STE. 108**<br>**Auburn, CA 95603** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PLUMAS BANK**<br>**ATTN: MANAGING AGENT**<br>**35 S. LINDAN AVENJUE**<br>**Quincy, CA 95971** | Line **4.63** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PLUMAS BANK**<br>**SMALL BUSINESS LENDING**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 210**<br>**Quincy, CA 95971** | Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PLUMAS BANK**<br>**SMALL BUSINESS LENDING**<br>**ATTN: MANAGING AGENT**<br>**470 NEVADA ST., STE. 108**<br>**Auburn, CA 95603** | Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RAUSCH STURM**<br>**ATTN: MANAGING AGENT**<br>**8691 W. SAHARA AVE., STE. 210**<br>**Las Vegas, NV 89117** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RAUSCH STURM**<br>**ATTN: MANAGING AGENT**<br>**8691 W. SAHARA AVE., STE. 210**<br>**Las Vegas, NV 89117** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RICHARD JAMES COLLECTIONS**<br>**ATTN: MANAGING AGENT** | Line **4.108** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **SILVER STATE INTERNATIONAL**<br>**ATTN: MANAGING AGENT**<br>**2255 LARKIN CIR.**<br>**Sparks, NV 89431** | Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **THE HOME DEPOT**<br>**ATTN: MANAGING AGENT**<br>**POB 78011**<br>**Phoenix, AZ 85062-8011** | Line **4.93** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United Federal Credit Union**<br>**Attn: Managing Agent**<br>**P.O. Box 125**<br>**Saint Joseph, MI 49085** | Line **4.97** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number (if known) | **20-50138** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**2807 SOUTH STATE STREET**<br>**Saint Joseph, MI 49085** | Line **4.102** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United Federal Credit Union**<br>**Attn: Managing Agent**<br>**P.O. Box 125**<br>**Saint Joseph, MI 49085** | Line **4.102** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United Federal Credit Union**<br>**Attn: Managing Agent**<br>**P.O. Box 125**<br>**Saint Joseph, MI 49085** | Line **4.103** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**2807 SOUTH STATE STREET**<br>**Saint Joseph, MI 49085** | Line **4.103** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 125**<br>**Saint Joseph, MI 49085** | Line **4.105** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**2807 SOUTH STATE STREET**<br>**Saint Joseph, MI 49085** | Line **4.105** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UTILITY TRAILERS SALES OF**<br>**IDAHO**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 15357**<br>**Boise, ID 83715** | Line **4.108** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **VAN OSDOL PC**<br>**ATTN: MANAGING AGENT**<br>**1000 WALNUT ST., STE. 1500**<br>**Kansas City, MO 64106** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **VERIZON WIRELESS**<br>**ATTN: MANAGING AGENT**<br>**26935 NORTHWESTERN HWY**<br>**SUITE 100**<br>**Southfield, MI 48033** | Line **4.109** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WELLS FARGO BANK** | Line **4.111** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number *(if known)*  **20-50138**

ATTN: MANAGING AGENT
P.O. Box 10438  MAC F8235-02F
Des Moines, IA 50306-0438

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WELLS FARGO BANK**<br>**ATTN: MANAGING AGENT**<br>**18100 WEDGE PRKWY.**<br>**Reno, NV 89511** | Line **4.112** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WELLS FARGO BANK**<br>**ATTN: MANAGING AGENT**<br>**MAC Q2132-023**<br>**P.O. BOX 94423**<br>**Albuquerque, NM 87199-4233** | Line **4.113** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WELLS FARGO CARD SERVICES**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 10347**<br>**Des Moines, IA 50306-0347** | Line **4.114** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WELLS FARGO CARD SERVICES**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 51193**<br>**Los Angeles, CA 90051-5493** | Line **4.114** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 59,068.27 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 59,068.27 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,680,489.71 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,680,489.71 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-50138** |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.5** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number        Street<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number        Street<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| Debtor 2 (Spouse, if filing) | **KELLY JEAN ALLIN** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | **20-50138** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>

# Schedule I: Your Income
                                                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed ■ Not employed | ☐ Employed ■ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**                                   Case number (*if known*)  **20-50138**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

|  |  |  | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. List all other income regularly received:

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 2,300.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:  **FOOD STAMPS** | 8f. | $ 750.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify:  **CONSULTING SIDE JOB** | 8h.+ | $ 750.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,800.00 | $ 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,800.00 + | $ 0.00 = | $ 3,800.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                    12.  $ 3,800.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐  No.
■  Yes. Explain:  **BUSINESS CLOSED DEC. 2019.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| Debtor 2 (Spouse, if filing) | **KELLY JEAN ALLIN** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | **20-50138** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Granddaughter** | **4 YEARS** | ☐ No  ■ Yes |
| **Grandson** | **5 YEARS** | ☐ No  ■ Yes |
| **Daughter** | **17 YEARS** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | |
|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ 4,737.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a.  $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ 300.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $ 251.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ 765.00 |

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                Case number (if known)    **20-50138**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 350.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 200.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 595.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 290.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 275.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 100.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 272.00 |
| | 15d. | Other insurance. Specify: **HOME WARRANTY** | 15d. $ | 50.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 170.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 506.43 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 9,061.43 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 9,061.43 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,800.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 9,061.43 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -5,261.43 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ DARRELL KELLY ALLIN** | X **/s/ KELLY JEAN ALLIN** |
| **DARRELL KELLY ALLIN** | **KELLY JEAN ALLIN** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **February 18, 2020** | Date **February 18, 2020** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

☑ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $2,000.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | | ☐ Operating a business | |

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | | Case number (*if known*) **20-50138** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $142,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $426,698.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $542,941.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No<br>
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Retirement Income | $350.47 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | Retirement Income | $32,000.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | Retirement Income | $10,000.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No.    Go to line 7.<br>
   ■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   \* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | DARRELL KELLY ALLIN |
|----------|---------------------|
| Debtor 2 | KELLY JEAN ALLIN |

Case number *(if known)*  **20-50138**

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **SUBARU MOTORS FINANCE C/O CHASE**<br>**ATTN: MANAGING AGENT**<br>**POB 78101**<br>**Phoenix, AZ 85062-8101** | **MONTHLY PAYMENTS OF $506.43 FOR LAST THREE MONTHS** | $1,519.29 | $31,000.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**P.O. Box 125**<br>**Saint Joseph, MI 49085** | **MONTHLY PAYMENTS OF $4,737 (NOVEMBER 2019 & DECEMBER 2019)** | $9,474.00 | $807,712.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **DARRELL KELLY ALLIN**
Debtor 2  **KELLY JEAN ALLIN**

Case number (*if known*)  **20-50138**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **UNITED FEDERAL CREDIT UNION**<br>**v.**<br>**HOT LANE LOGISTICS, INC., A**<br>**Nevada corporation dba PARKER**<br>**TRUCKING COMPANY; DARRELL**<br>**K. ALLIN, an individual; KELLY**<br>**ALLIN, an individual; DOES I**<br>**through X, inclusive, and ROE**<br>**CORPORATIONS I through X**<br>**inclusive**<br>**cv-19-02421** | **COLLECTION OF**<br>**DEBT** | **The Second Judicial**<br>**District Court**<br>**State of Nevada: Washoe**<br>**County**<br>**Attn: Managing Agent**<br>**75 Court Street**<br>**Reno, NV 89501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐   No. Go to line 11.
■   Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**13989 S. VIRGINIA STREET**<br>**Reno, NV 89511** | **2012 PETERBILT  1XPHDP9X6CD133289**<br>**#81**<br>**2014 PETERBILT  1XPBD49X9ED235676**<br>**#82**<br>**2013 INTERNATIONAL**<br>**3HSDJAPR1EN491287  #84**<br>**2014 INTERNATIONAL**<br>**3HSDJAPR2EN491315  #85**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **BMW Financial Services**<br>**Attn: Managing Agent**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-0306** | **VOLUNTARILY SURRENDERED**<br>**2017 BMW 320i**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **NOV. 2019** | **Unknown** |
| **BMW Financial Services**<br>**Attn: Managing Agent**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-0306** | **VOLUNTARILY SURRENDERED 2018 BMW**<br>**310R MOTORCYCLE**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **NOV. 2019** | **Unknown** |

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**

Case number *(if known)*   **20-50138**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **PENSKE TRUCK LEASING**<br>**ATTN: MANAGING AGENT**<br>**53 MORRISON AVENUE**<br>**Sacramento, CA 95838** | **2019 FREIGHTLINER CASCADIA 126**<br>**3AKJHHDR9KSKV8066**<br>**- #123487(87) - LEASE**<br>**2019 FREIGHTLINER CASCADIA 126**<br>**3AKJHHDROKSKV8067**<br>**- #123488(88) - LEASE**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **FINANCIAL PACIFIC LEASING**<br>**ATTN: MANAGING AGENT**<br>**3455 S. 344TH WAY, STE. 300**<br>**Auburn, WA 98001** | **2013 PETERBILT TRUCK-TRACTOR**<br>**1XPBD49X2DD210309  -  #80**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **CIMC CAPITAL**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 100706**<br>**PASADENA, CA** | **2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:527SR5327KL016425  - #500**<br>**2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:527SR5323KL016423  - #501**<br>**2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:527SR5325KL016424  - #502**<br>**2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:5275R5325KL017802  - #503**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **PREMIER TRAILER LEASING INC.**<br>**ATTN: MANAGING AGENT**<br>**P.O. BOX 206553**<br>**Dallas, TX 75320-6553** | **2019 PREMIER REEFER SEMI-TRAILER**<br>**VIN#:3H3V532C2KT123159 - # 5190159**<br>**(159)**<br>**2019 PREMIER REEFER SEMI-TRAILER**<br>**VIN#:3H3V532C8KT123196 - # 5190196**<br>**(196)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**

Case number (*if known*)    **20-50138**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **PLUMAS BANK**<br>**ATTN: MANAGING AGENT**<br>**5050 MEADOWOOD MALL CIR.**<br>**Reno, NV 89502** | **2008 UTILITY REEFER SEMI TRAILER**<br>**VIN#: 1UYVS25318U510801 - #125**<br>**2011 GREAT DANE REEFER SEMI TRAILER**<br>**VIN#:1GRAA0627BW703157 - #325**<br>**2007 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25307U164108 -#580**<br>**2009 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25359U669001 -#680**<br>**2009 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25379U669002 -#681**<br>**2009 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25339U669003 -#682**<br>**2007 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25347U062407 -#1753**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **PLUMAS BANK**<br>**ATTN: MANAGING AGENT**<br>**5050 MEADOWOOD MALL CIR.**<br>**Reno, NV 89502** | **2010 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2534AU907019 -#2049**<br>**2010 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2538AU907024 -#2059**<br>**2012 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2536CU256124 -#2447**<br>**2012 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2531CU256127 -#2453**<br>**2005 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25325U504226 -#R2D2**<br>**2009 INTERNATIONAL TRUCK-TRACTOR**<br>**VIN#: 2HSCUAPR59C106890 -#68**<br>**2011 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XPHD49XXBD127136 -#73**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **PLUMAS BANK**<br>**ATTN: MANAGING AGENT**<br>**5050 MEADOWOOD MALL CIR.**<br>**Reno, NV 89502** | **2012 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XPHD49X6CD172012 - #74**<br>**2014 PETERBILT 579 TRUCK-TRACTOR**<br>**VIN#:1XPBD49X0ED238014 - #75**<br>**2014 PETERBILT 579 TRUCK-TRACTOR**<br>**VIN#:1XPBD49X2ED238015 - #76**<br>**2014 PETERBILT 579 TRUCK-TRACTOR**<br>**VIN#:1XPBD49X4ED238016 - #77**<br>**2015 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XBDP9X5FD252445 - #78**<br>**2014 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XPBDP9X8ED225917 - #79**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | DARRELL KELLY ALLIN | | |
|----------|---------------------|--|--|
| Debtor 2 | KELLY JEAN ALLIN | Case number *(if known)* | 20-50138 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---------------------------|---------------------------------------|-----------------------|--------|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Christopher P. Burke, Esq.<br>702 Plumas Street<br>Reno, NV 89509<br>attycburke@charter.net | Attorney Fees | 2019 | $10,000.00 |

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number (if known) | **20-50138** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **WELLS FARGO BANK** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **CASHED OUT 401K** | **2020** | **$350.47** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **DARRELL KELLY ALLIN**
Debtor 2    **KELLY JEAN ALLIN**                                    Case number *(if known)*    **20-50138**

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

| Debtor 1 | DARRELL KELLY ALLIN | | | |
|---|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | | Case number (if known) | 20-50138 |

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| PARKER TRUCKING DBA<br>HOT LANE LOGISTICS INC.<br>7725 SECURITY CIRCLE<br>Reno, NV 89506 | TRUCKING  / FOOD PRODUCTS<br><br>DARRELL KELLY ALLIN - 50% OWNER<br>KELLY JEAN ALLIN -  50% OWNER | EIN:      82-4235125<br><br>From-To   2018 - 2019 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ DARRELL KELLY ALLIN | /s/ KELLY JEAN ALLIN |
|---|---|
| DARRELL KELLY ALLIN | KELLY JEAN ALLIN |
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date | February 18, 2020 | Date | February 18, 2020 |
|---|---|---|---|

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **KELLY JEAN ALLIN** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **20-50138** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **ALLY**<br><br>Description of property: **2016 FIAT 500**<br><br>securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**RETAIN COLLATERAL AND CONTINUE MAKING REGULAR PAYMENTS** | ☐ No<br><br>■ Yes |
| Creditor's name: **PLUMAS BANK**<br><br>Description of property: **3145 COBBLE RIDGE COURT Reno, NV 89511  Washoe County**<br><br>securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**RETAIN COLLATERAL** | ☐ No<br><br>■ Yes |
| Creditor's name: **SUBARU MOTORS FINANCE C/O CHASE**<br><br>Description of **2020 SUBARU OUTBACK** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

| | | |
|---|---|---|
| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 1 |

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* | **20-50138** |

| | |
|---|---|
| property<br>securing debt: | ■ Retain the property and [explain]:<br>**RETAIN COLLATERAL AND CONTINUE<br>MAKING REGULAR PAYMENTS** |

---

| Creditor's<br>name: | **UNITED FEDERAL CREDIT UNION** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>  *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of<br>property<br>securing debt: | **3145 COBBLE RIDGE COURT<br>Reno, NV 89511  Washoe<br>County** | ■ Retain the property and [explain]:<br>**RETAIN COLLATERAL AND CONTINUE<br>MAKING REGULAR PAYMENTS** | |

---

| Creditor's<br>name: | **UNITED FEDERAL CREDIT UNION** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>  *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of<br>property<br>securing debt: | **3145 COBBLE RIDGE COURT<br>Reno, NV 89511  Washoe<br>County** | ■ Retain the property and [explain]:<br>**RETAIN COLLATERAL AND CONTINUE<br>MAKING REGULAR PAYMENTS** | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* | **20-50138** |

Description of leased
Property:

☐ Yes

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ DARRELL KELLY ALLIN**                            X **/s/ KELLY JEAN ALLIN**
   **DARRELL KELLY ALLIN**                                    **KELLY JEAN ALLIN**
   Signature of Debtor 1                                          Signature of Debtor 2

Date    **February 18, 2020**                    Date    **February 18, 2020**

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **DARRELL KELLY ALLIN**
**KELLY JEAN ALLIN**

Case No.   **20-50138**

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

■ Debtor          ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor          ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 18, 2020**

*Date*

**/s/ Christopher P. Burke, Esq.**
**Christopher P. Burke, Esq.**
*Signature of Attorney*
**Christopher P. Burke, Esq.**
**702 Plumas Street**
**Reno, NV 89509**
**(775)333-9277  Fax: (775)329-1165**
**attycburke@charter.net**
*Name of law firm*

---