**Fill in this information to identify your case and this filing:**

Debtor 1    __DARRELL   KELLY   ALLIN__
           First Name     Middle Name     Last Name

Debtor 2    __KELLY   JEAN   ALLIN__
(Spouse, if filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    20-50138

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.

    ☒ Yes. Where is the property?

1.1
**3145 COBBLE RIDGE COURT**
Street address, if available, or other description

**Reno**     **NV**     **89511-0000**
City     State     ZIP Code

**Washoe**
County

**What is the property?** Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?    **$1,100,000.00**

Current value of the portion you own?    **$1,100,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☒ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**    **$1,100,000.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* | **20-50138** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **FIAT**
        Model: **500**
        Year: **2016**
        Approximate mileage: _____
        Other information:

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ■ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  **$8,000.00**
   Current value of the portion you own?  **$8,000.00**

   3.2  Make: **SUBARU**
        Model: **OUTBACK**
        Year: **2020**
        Approximate mileage: _____
        Other information:

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ■ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  **$24,000.00**
   Current value of the portion you own?  **$24,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**   **$32,000.00**

### Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   **MISCELLANEOUS HOUSEHOLD GOODS**   **$2,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

| Debtor 1 | **DARRELL KELLY ALLIN** | | Case number *(if known)* | **20-50138** |
| --- | --- | --- | --- | --- |
| Debtor 2 | **KELLY JEAN ALLIN** | | | |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
| --- | --- |
| MUSICAL INSTRUMENTS ( 10 GUITARS, 1 FLUTE, 2 SAXOPHONES) | $2,000.00 |
| SPORTING EQUIPMENT | $800.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
| --- | --- |
| 1 PISTOL | $150.00 |
| 1 PISTOL | $150.00 |
| 1 PISTOL | $150.00 |
| 1 PISTOL | $150.00 |
| 1 SHOTGUN | $100.00 |
| 1 RIFLE | $200.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
| --- | --- |
| MISCELLANEOUS WEARING APPAREL | $1,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
| --- | --- |
| WEDDING RINGS AND OTHER JEWELRY | $1,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

Debtor 1 **DARRELL KELLY ALLIN**
Debtor 2 **KELLY JEAN ALLIN**                                    Case number *(if known)* **20-50138**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................... **$7,700.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...........................................................................

    | | | |
    |---|---|---|
    | | **MISCELLANEOUS CASH ON HAND** | **$150.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

    Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1. | CHECKING ACCOUNT | WELLS FARGO | $0.00 |
    | 17.2. | SAVINGS | WELLS FARGO | $5.00 |
    | 17.3. | SAVINGS | WELLS FARGO | $5.00 |
    | 17.4. | CHECKING | UNITED FEDERAL CREDIT UNION | $10.00 |
    | 17.5. | SAVINGS | UNITED FEDERAL CREDIT UNION | $5.00 |
    | 17.6. | CHECKING ACCOUNT | BANK OF AMERICA | $3,500.00 |
    | 17.7. | SAVINGS ACCOUNT | BANK OF AMERICA | $0.00 |
    | 17.8. | CHECKING ACCOUNT | CHASE BANK | $500.00 |
    | 17.9. | SAVINGS ACCOUNT | CHASE BANK | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................       Institution or issuer name:

Official Form 106A/B                Schedule A/B: Property                page 4

| Debtor 1 | **DARRELL KELLY ALLIN** | | Case number *(if known)* | **20-50138** |
|---|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | | | |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| HOT LANE LOGISTICS INC.  (Closed 12/31/19) | 100% % | $0.00 |
| AXIA PARTNERS LLC | 50% % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
       Type of account:           Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............           Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............           Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Debtor 1 | **DARRELL KELLY ALLIN** | Case number *(if known)* | **20-50138** |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | | |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | LIFE INSURANCE | | Unknown |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

    | POSSIBLE LAWSUIT FOR CONSUMER PROTECTION OR U.C.C.-9 VIOLATION AGAINST BMW FINANCIAL SERVICES | Unknown |
    |---|---|

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**......................................................................................................... **$4,175.00**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| | | |
|---|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** | |
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* **20-50138** |

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................  **$0.00**

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................  **$1,100,000.00**
56. **Part 2: Total vehicles, line 5**  **$32,000.00**
57. **Part 3: Total personal and household items, line 15**  **$7,700.00**
58. **Part 4: Total financial assets, line 36**  **$4,175.00**
59. **Part 5: Total business-related property, line 45**  **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**
61. **Part 7: Total other property not listed, line 54**  +  **$0.00**

62. **Total personal property.** Add lines 56 through 61...  **$43,875.00**   Copy personal property total  **$43,875.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62  **$1,143,875.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **DARRELL** First Name | **KELLY** Middle Name | **ALLIN** Last Name |
| Debtor 2 (Spouse if, filing) | **KELLY** First Name | **JEAN** Middle Name | **ALLIN** Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **20-50138**

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $2,000.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

---

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                                                Case number (*if known*)  **20-50138**

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $142,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $426,698.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $542,941.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Retirement Income | $350.47 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | Retirement Income | $32,000.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | Retirement Income | $10,000.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
| --- | --- |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1   **DARRELL KELLY ALLIN**
Debtor 2   **KELLY JEAN ALLIN**                                          Case number (*if known*)   **20-50138**

☐ **Yes.  Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **SUBARU MOTORS FINANCE C/O CHASE**<br>**ATTN: MANAGING AGENT**<br>**POB 78101**<br>**Phoenix, AZ 85062-8101** | **MONTHLY PAYMENTS OF $506.43 FOR LAST THREE MONTHS** | **$1,519.29** | **$31,000.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**P.O. Box 125**<br>**Saint Joseph, MI 49085** | **MONTHLY PAYMENTS OF $4,737 (NOVEMBER 2019 & DECEMBER 2019)** | **$9,474.00** | **$807,712.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Debtor 1 | **DARRELL KELLY ALLIN** | | Case number *(if known)* | **20-50138** |
|---|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | | | |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **UNITED FEDERAL CREDIT UNION v.**<br>**HOT LANE LOGISTICS, INC., A Nevada corporation dba PARKER TRUCKING COMPANY; DARRELL K. ALLIN, an individual; KELLY ALLIN, an individual; DOES I through X, inclusive, and ROE CORPORATIONS I through X inclusive**<br>**cv-19-02421** | **COLLECTION OF DEBT** | **The Second Judicial District Court**<br>**State of Nevada: Washoe County**<br>**Attn: Managing Agent**<br>**75 Court Street**<br>**Reno, NV 89501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **UNITED FEDERAL CREDIT UNION**<br>**ATTN: MANAGING AGENT**<br>**13989 S. VIRGINIA STREET**<br>**Reno, NV 89511** | **2012 PETERBILT  1XPHDP9X6CD133289  #81**<br>**2014 PETERBILT  1XPBD49X9ED235676  #82**<br>**2013 INTERNATIONAL 3HSDJAPR1EN491287   #84**<br>**2014 INTERNATIONAL 3HSDJAPR2EN491315   #85**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **BMW Financial Services**<br>**Attn: Managing Agent**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-0306** | **VOLUNTARILY SURRENDERED 2017 BMW 320i**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **NOV. 2019** | **Unknown** |
| **BMW Financial Services**<br>**Attn: Managing Agent**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-0306** | **VOLUNTARILY SURRENDERED 2018 BMW 310R MOTORCYCLE**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **NOV. 2019** | **Unknown** |

| Debtor 1 | **DARRELL KELLY ALLIN** | | |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | Case number (*if known*) | **20-50138** |

| **Creditor Name and Address** | **Describe the Property**<br><br>**Explain what happened** | **Date** | **Value of the property** |
|---|---|---|---|
| **PENSKE TRUCK LEASING**<br>ATTN: MANAGING AGENT<br>53 MORRISON AVENUE<br>Sacramento, CA 95838 | **2019 FREIGHTLINER CASCADIA 126**<br>**3AKJHHDR9KSKV8066**<br>  **- #123487(87) - LEASE**<br>**2019 FREIGHTLINER CASCADIA 126**<br>**3AKJHHDROKSKV8067**<br>  **- #123488(88) - LEASE**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2019 | Unknown |
| **FINANCIAL PACIFIC LEASING**<br>ATTN: MANAGING AGENT<br>3455 S. 344TH WAY, STE. 300<br>Auburn, WA 98001 | **2013 PETERBILT TRUCK-TRACTOR**<br>**1XPBD49X2DD210309  -  #80**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2019 | Unknown |
| **CIMC CAPITAL**<br>ATTN: MANAGING AGENT<br>P.O. BOX 100706<br>PASADENA, CA | **2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:527SR5327KL016425   - #500**<br>**2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:527SR5323KL016423   - #501**<br>**2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:527SR5325KL016424   - #502**<br>**2019 CIMC SEMI-TRAILER REEFER**<br>**VIN#:5275R5325KL017802   - #503**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2019 | Unknown |
| **PREMIER TRAILER LEASING INC.**<br>ATTN: MANAGING AGENT<br>P.O. BOX 206553<br>Dallas, TX 75320-6553 | **2019 PREMIER REEFER SEMI-TRAILER**<br>**VIN#:3H3V532C2KT123159 - # 5190159 (159)**<br>**2019 PREMIER REEFER SEMI-TRAILER**<br>**VIN#:3H3V532C8KT123196 - # 5190196 (196)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2019 | Unknown |

| Debtor 1 | DARRELL KELLY ALLIN |
|---|---|
| Debtor 2 | KELLY JEAN ALLIN |

Case number (*if known*) **20-50138**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **PLUMAS BANK**<br>**ATTN: MANAGING AGENT**<br>**5050 MEADOWOOD MALL CIR.**<br>**Reno, NV 89502** | **2008 UTILITY REEFER SEMI TRAILER**<br>**VIN#: 1UYVS25318U510801 - #125**<br>**2011 GREAT DANE REEFER SEMI TRAILER**<br>**VIN#:1GRAA0627BW703157 - #325**<br>**2007 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25307U164108 -#580**<br>**2009 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25359U669001 - #680**<br>**2009 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25379U669002 - #681**<br>**2009 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25339U669003 - #682**<br>**2007 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25347U062407 -#1753**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **PLUMAS BANK**<br>**ATTN: MANAGING AGENT**<br>**5050 MEADOWOOD MALL CIR.**<br>**Reno, NV 89502** | **2010 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2534AU907019 -#2049**<br>**2010 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2538AU907024 -#2059**<br>**2012 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2536CU256124 -#2447**<br>**2012 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS2531CU256127 -#2453**<br>**2005 UTILITY REEFER SEMI-TRAILER**<br>**VIN#: 1UYVS25325U504226 -#R2D2**<br>**2009 INTERNATIONAL TRUCK-TRACTOR**<br>**VIN#: 2HSCUAPR59C106890 -#68**<br>**2011 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XPHD49XXBD127136 -#73**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |
| **PLUMAS BANK**<br>**ATTN: MANAGING AGENT**<br>**5050 MEADOWOOD MALL CIR.**<br>**Reno, NV 89502** | **2012 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XPHD49X6CD172012 - #74**<br>**2014 PETERBILT 579 TRUCK-TRACTOR**<br>**VIN#:1XPBD49X0ED238014 - #75**<br>**2014 PETERBILT 579 TRUCK-TRACTOR**<br>**VIN#:1XPBD49X2ED238015 - #76**<br>**2014 PETERBILT 579 TRUCK-TRACTOR**<br>**VIN#:1XPBD49X4ED238016 - #77**<br>**2015 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XBDP9X5FD252445 - #78**<br>**2014 PETERBILT TRUCK-TRACTOR**<br>**VIN#:1XPBDP9X8ED225917 - #79**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2019** | **Unknown** |

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number *(if known)* | 20-50138 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

### Part 5:  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

### Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes.  Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
    |---|---|---|---|

### Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

    | Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | Christopher P. Burke, Esq.<br>702 Plumas Street<br>Reno, NV 89509<br>attycburke@charter.net | Attorney Fees | 2019 | $10,000.00 |

| | | |
|---|---|---|
| Debtor 1 | **DARRELL KELLY ALLIN** | |
| Debtor 2 | **KELLY JEAN ALLIN** | Case number *(if known)* **20-50138** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

    | Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    ☐ Yes. Fill in the details.

    | Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
    |---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ■ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | **WELLS FARGO BANK** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **CASHED OUT 401K** | **2020** | **$350.47** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

| Debtor 1 | DARRELL KELLY ALLIN | | |
|---|---|---|---|
| Debtor 2 | KELLY JEAN ALLIN | Case number *(if known)* | 20-50138 |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

| Debtor 1 | **DARRELL KELLY ALLIN** | Case number (*if known*) | **20-50138** |
|---|---|---|---|
| Debtor 2 | **KELLY JEAN ALLIN** | | |

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| **Business Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>Do not include Social Security number or ITIN<br><br>**Dates business existed** |
|---|---|---|
| **PARKER TRUCKING DBA HOT LANE LOGISTICS INC.**<br>**7725 SECURITY CIRCLE**<br>**Reno, NV 89506** | **TRUCKING / FOOD PRODUCTS**<br><br>**DARRELL KELLY ALLIN - 50% OWNER**<br>**KELLY JEAN ALLIN - 50% OWNER** | EIN: **82-4235125**<br><br>From-To **2018 - 2019** |
| **AXIA PARTNERS, LLC**<br>**3145 COBBLE RIDGE COURT**<br>**Reno, NV 89511** | **CONSULTING BUSINESS** | EIN: **83-3149636**<br><br>From-To **JAN. 2019 - PRESENT** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No

☐ Yes. Fill in the details below.

| **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|
| | |

### Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ DARRELL KELLY ALLIN** | **/s/ KELLY JEAN ALLIN** |
|---|---|
| **DARRELL KELLY ALLIN** | **KELLY JEAN ALLIN** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **March 6, 2020** | Date **March 6, 2020** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).