_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 16, 2020

Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

Michael Ayers, Esq. (NV Bar No. 10851)
Email: mayers@nevadafirm.com
HOLLEY DRIGGS
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: 775/851-8700
Facsimile: 775/851-7681

*Attorneys for United Federal Credit Union*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DARRELL KELLY ALLIN<br>aka KELLY ALLIN and<br>KELLY JEAN ALLIN<br>aka KELLY LEE ALLIN<br>aka KELLY ALLIN,<br><br>Debtors. | Case No. BK-N-20-50138-BTB<br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 3145 COBBLE RIDGE COURT, RENO, NEVADA 89511, APN 152-370-22 PURSUANT TO 11 U.S.C. § 362(d)(1) AND (2)**<br><br>Date of Hearing: April 14, 2020<br>Time of Hearing: 10:00 a.m.<br><br>Judge: Hon. Bruce T. Beesley |

The Motion for Relief from Automatic Stay re: 3145 Cobble Ridge Court, Reno, Nevada 89511, APN 152-370-22 Pursuant to 11 U.S.C. § 362(d)(1) and (2) [ECF No. 21] (the "Motion")

09628-95/2443416.docx

filed by United Federal Credit Union, by and through counsel, Richard F. Holley, Esq., Michael Ayers, Esq., and Andrea M. Gandara, Esq., of the law firm Holley Driggs, having been properly noticed and scheduled for hearing on April 14, 2020, at 10:00 a.m., and no oppositions having been filed prior to the scheduled time for the hearing, and no appearances having been made in opposition to the Motion at the scheduled time for the hearing, and based upon the record before the Court, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 362(d)(1) and (2), the automatic stay is hereby terminated immediately as to 3145 Cobble Ridge Court, Reno, Nevada 89511, APN 152-370-22.

**IT IS FURTHER ORDERED** that the 14-day stay under FRBP 4001(a)(3) is waived and this Order shall be effective immediately.

**IT IS SO ORDERED.**

Prepared and submitted by:

**HOLLEY DRIGGS**

/s/ Andrea M. Gandara
Richard F. Holley, Esq. (Nevada Bar No. 3077)
Andrea M. Gandara, Esq. (Nevada Bar No. 12580)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

Michael Ayers, Esq. (Nevada Bar No. 10851)
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521

*Attorneys for United Federal Credit Union*

### 

09628-95/2443416.docx

## CERTIFICATION PURSUANT TO LR 9021

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

    ___    The court has waived the requirement set forth in LR 9021(b)(1).

    ☒    No party appeared at the hearing or filed an objection to the motion.

    ___    I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    ___    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 14th day of April, 2020.

**HOLLEY DRIGGS**

/s/ Andrea M. Gandara
Richard F. Holley, Esq. (NV Bar No. 3077)
Andrea M. Gandara, Esq. (NV Bar No. 12580)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

Michael Ayers, Esq. (Nevada Bar No. 10851)
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521

*Attorneys for United Federal Credit Union*

3

09628-95/2443416.docx