NVB 4002 (Rev. 7/16)

1    NVB 4002 Rev (7/16)

2    Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: Darrell Kelly Allin )  BK- 20-50138-btb
     Kelly Jean Allin )
                                     ) Chapter: 7
                                     )
               Debtor.         ) Trustee:
                                     )
                                     ) **CHANGE OF ADDRESS OF:**
                                     ) ( ) **DEBTOR**
                                     ) (X) **CREDITOR**
                                     ) ( ) **OTHER**

I request that notice be sent to the following address: (please print)

    Mike Parker, Mike Parker Trucking Co
Name

Address
    3386 E Rimrunner Dr

    St George         UT         84790
City         State         Zip Code

Please check the applicable boxes:

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

☐   Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

DATE: 05/12/2020

_____
SIGNATURE

**NOTE**: Please submit an original and one copy for the record.




## NOTICE OF RECEIPT OF MAIL

This document was received through the mail by the U.S. Bankruptcy Court, District of Nevada.

The court is committed to continuing service to the public during the Coronavirus (COVID-19) outbreak. During Governor Sisolak's press conference he stated that all Nevadans should stay home to protect family and the public. The court is taking actions to protect individuals involved in bankruptcy cases, as well as court employees, from transmission of the virus.

Due to safety and health concerns for U.S. Bankruptcy Court's staff, the time stamp on this document is when the envelope was received in the Clerk's office.  The documents are being held for a minimum of 24 hours before processing per instructions for handling mail by the U.S. Marshal Service.

Clerk's Office
U.S. Bankruptcy Court,
District of Nevada
Phone:  1-866-232-1266
Email: helpdesk@nvb.uscourts.gov
Website:  www.nvb.uscourts.gov