NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

DARRELL KELLY ALLIN
   aka KELLY ALLIN

KELLY JEAN ALLIN
   aka KELLY LEE ALLIN
   aka KELLY ALLIN

Debtor(s)

BK−20−50138−btb
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that CHRISTINA W. LOVATO is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 6/16/20

*[signature]*

Mary A. Schott
Clerk of Court